# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA v.

JAUAN PORTER a/k/a Juan Porter

**CRIMINAL COMPLAINT**

Case Number: 4:25-MJ-049

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 26, 2025 in Floyd County, in the Northern District of Georgia, defendant(s) did knowingly and willfully make a threat against the President of the United States,

in violation of Title 18, United States Code, Section(s) 871.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Michael S. Singleton

Signature of Complainant
Michael Singleton

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

August 7, 2025 at Rome, Georgia

Date | City and State

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

Walter E. Johnson

Signature of Judicial Officer

AUSA Brian Pearce, brian.pearce@usdoj.gov

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael S. Singleton, hereby depose and say under penalty of perjury:

## Introduction and Agent Background

1. I am a Special Agent with the Department of Homeland Security, United States Secret Service ("USSS"), and have been so employed since July 2022. I am currently assigned to the USSS Atlanta Field Office's Protective Intelligence Squad which investigates all threats directed toward individuals currently under Secret Service protection that are traced to the Northern District of Georgia. Such protected individuals typically include, but are not limited to, the sitting President of the United States, the Vice President, their families, former Presidents, and certain other officials as designated by law. During my tenure with the Secret Service, I have been assigned to investigate violations of federal laws, including violations of Title 18, United States Code, Section 871. I received criminal investigative training at the Federal Law Enforcement Training Center in Glynco, Georgia, the National Computer Forensics Institute in Hoover, Alabama, and at the James J. Rowley Training Center in Beltsville, Maryland. This training pertained to criminal investigations of counterfeit currency, bank fraud, wire fraud, access device fraud, identity theft, and protective intelligence incidents. Prior to my employment with the USSS, I served as U.S. Army officer for over seven years. I am an investigative and federal law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under authority of Title 18, United States Code, Section 3056.

2. I make this affidavit in support of criminal complaint, authorizing the arrest of Jauan R. PORTER, for violation of 18 U.S.C. § 871(a) (Threats against President and successors to the Presidency).

3. This affidavit is intended to establish probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter. I make this affidavit based upon personal knowledge derived from my participation in this investigation and information that I have learned from discussions with other law enforcement agents.

**Probable Cause**

4. On July 30, 2025, at approximately 1317 hours, the social media company TikTok Inc. notified the USSS Protective Intelligence Division Operations Center ("PIOC") in Washington, D.C. of threats placed by a user on its platform toward the President of the United States, Donald J. Trump ("POTUS"). TikTok reported that on July 26, 2025, a user bearing the handle "@jj572851" joined a public livestream and made numerous threats to assassinate POTUS. As a part of this referral, TikTok provided the PIOC a recording of the livestream and account subscriber information for user @jj572851. A true and correct copy of the recording is submitted herewith as Exhibit 1.

5. Following this referral, the PIOC conducted a review of the recorded livestream which revealed numerous and repeated threatening statements made by user @jj572851 toward POTUS.

6. At 0:04 in the video, user @jj572851 interjected into the conversation to say, "So there's only one way to make America great and that is putting a bullet in between Trump's eyes." User @jj572851 is represented with the white initial "J" in a light purple circle inside a dark purple square in the last column to the right, third row down. The livestream host appears in the bottom left tile.

7. At 0:20 in the video, user @jj572851 repeated, "I'm gonna kill Donald Trump. I'm gonna put a 7.62 bullet inside of his forehead. I'm gonna watch him bleed out and I'm gonna watch him die. ...I'm gonna do that. Yes. Yes. Me." In response to other participants asking the user to repeat the statements, at 0:36 @jj572851 stated "I could say it three more times for you."

8. At 0:42 in the video, @jj572851 responded to a participant's request for the user's physical location by saying, "you'll know. It'll be on the news... his [POTUS'] rally is coming up pretty soon and I'm going there and I'm going to put a bullet in his head." At 1:00 in the video, @jj572851 again stated "I am going to kill the President of the United States." At 1:09 in the video, the livestream host stated that the Federal Bureau of Investigation would come to the user's address. @jj572851 responded, "I'm gonna kill them too... and then kill myself…."

9. At 1:20 in the video, the host asked, "Do you think saying something like that is normal behavior?" @jj572851 answered, "normal behavior would be speaking on something and then doing it." At 1:36, the host asked, "so you're claiming that you're going to put a bullet in the President's head and then you're going to take you're own life?" At 1:46 in the video, @jj572851 replied, "7.62, exactly." When the host asked @jj572851 to repeat the statements one more time, at 1:50 the user stated, "5.56 in Donald Trump's head. That would be me. I will do that."

10. At 1:55 in the video, the host asked "and who are you?" PORTER responded, "my name is JJ…that's my name. JJ…that's my real name. What else do you what me to say?"

11. At 2:20 in the video, @jj572851 stated, "He [POTUS] deserves to be in the ground... certain people on this planet deserve to be in the ground and he's one of them. He's one of 'em."

12. At 2:59 in the video, @jj572851 stated, "So this is what I'm gonna do…. What I'm gonna do is…Imma load up a rifle- either a three-o-eight, or shit it could be an eight millimeter. Imma load up a eight millimeter - I'm gonna sit on top of the roof - not on top of the roof - I'm gonna sit inside the building, an abandoned building, when he comes to a rally - and when he approaches the rally I'm gonna load the bullet…I'm gonna set the rifle not outside of the window but exactly corresponding with the frame…. and then I'm gonna aim. I'm gonna test the wind out. And then I'm gonna put one exactly—if not the face then I might just put one exactly in his chest." Asked by the host to "say his name", @jj572851, stated twice, "Donald Trump." The host replied that he had recorded the livestream and "will be getting it to the proper channels."

13. The subscriber information TikTok provided the PIOC identified that user @jj572851 provided a signup and contact email of jauan2116@gmail.com.

14. A USSS Protective Intelligence Research Specialist within the PIOC subsequently conducted Open-Source Intelligence ("OSINT") research for identifying information related to user @jj572851 and to email jauan2116@gmail.com. This query revealed multiple social media accounts linked the email, including an Instagram.com account entitled "jauan2116" which self-identified the user's name as "Jj Porter." Further OSINT research identified a LinkedIn.com profile titled "Jauan undefined" which contained a self-reported location of Rome, Georgia. Both accounts were devoid of content.

15. The PIOC then conducted a public records search utilizing all previously found identifiers. This query led to a result in the name "Juan/Jauan PORTER" with a reported Georgia driver's license and a possible address in Rome, Georgia.

16. On July 30, 2025, at 1711 hours the PIOC notified the USSS Atlanta Field Office of TikTok's reported threat. This referral directed that the Protective Intelligence Squad conduct a preliminary investigation of PORTER to ascertain the threat's viability and the identity of user @jj572851. The PIOC's directive included a copy of the TikTok livestream video and all OSINT research results. As the only Protective Intelligence agent on duty that week, I acknowledged the request and initiated the investigation.

17. On August 05, 2025, USSS Senior Special Agent Paul McClanahan and I interviewed PORTER inside a conference room at the Floyd County Probation Office in Rome, Georgia. Also present for the interview were PORTER's probation officer Tyler Lefevers and Major Jeff Jones and Lieutenant Jordan Clayton from the Floyd County Police Department. During the interview, I played PORTER the livestream video and explained that TikTok provided us account subscriber information for user @jj572851—including email jauan2116@gmail.com--which our investigation found was linked to social media accounts attributed to him.

18. PORTER initially denied operating the TikTok account and claimed not to have any knowledge of the video or the threats made toward POTUS. PORTER did admit to going by the nickname "JJ" on the street, however. After further questioning, PORTER later confessed to being user @jj572851, to owning the email jauan2116@gmail.com, and to issuing the threats on the livestream. When SSA McClanahan and I emphasized that from an outside perspective the statements would

clearly be understood as threats, PORTER agreed and acknowledged the seriousness of the incident.

19. After the interview, I called C.G., PORTER's admitted girlfriend and cohabitant. By phone, C.G. stated that she was not aware of the specifics of the livestream but remembered PORTER mentioning the video to her in some capacity. Garrett further stated that she had warned PORTER about such threats and the seriousness with which the government takes them. Garrett additionally stated that PORTER frequently spent time online "trolling" in a similar manner and that this activity acted as a social outlet for him.

**CONCLUSION**

20. Based on the foregoing facts, I submit there is now probable cause to believe that on or about July 26, 2025, Jauan R. PORTER violated 18 U.S.C. § 871(a) (Threats against President and successors to the Presidency).