FILED IN OPEN COURT
U.S.D.C. Rome

OCT 07 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>JAUAN PORTER<br>A/K/A JUAN PORTER | Criminal Information<br>No. 4:25-CR-0033 35 |

THE U.S. ATTORNEY CHARGES THAT:

On or about July 26, 2025, in the Northern District of Georgia and elsewhere, the defendant, JAUAN PORTER, a/k/a Juan Porter, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, willfully and knowingly made a threat against the President of the United States, specifically, PORTER stated in a livestream on social media platform TikTok: "I'm gonna kill Donald Trump."

All in violation of Title 18, United States Code, Section 871(a).

THEODORE S. HERTZBERG
*United States Attorney*

BRIAN PEARCE
*Assistant United States Attorney*
Georgia Bar No. 568768
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181