IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: |
| v. | ) | 4:25-cr-00035-WMR |
| | ) | |
| JAUAN PORTER | ) | |
| | ) | |
| Defendant. | ) | |
| ___________________________________ | ) | |

Transcript of Sentencing Hearing
before the Honorable William M. Ray, II,
United States District Judge
February 9, 2026, 9:30 a.m.

Proceedings recorded by mechanical stenography, transcript produced by computer.

---

Geraldine S. Glover, RPR, CRR, RCR
Federal Official Court Reporter
75 Ted Turner Drive, SW, Suite 1714
Atlanta, Georgia 30303-3309

A P P E A R A N C E S:

On Behalf of the Plaintiff:

Brian M. Pearce
Office of the United States Attorney

On Behalf of the Defendant:

Joseph Blum
Federal Defender Program

P R O C E E D I N G S

THE COURT: Good morning. Y'all can have a seat, please.

All right. This is a hearing in Case Number 25 Criminal Action Number 35, a Rome division case of the Northern District of Georgia. The case is styled as United States of America v Jauan Porter. I want to make sure I was pronouncing that right.

Mr. Blum is here representing Mr. Porter. Mr. Pearce is here representing the Government.

The purpose of our hearing today is for the Court to consider sentencing the defendant who previously entered a plea of guilty.

So give me just a second. I want to review the calculation of the guidelines as reported by probation.

The parties are in agreement as to most of the calculation except for one major disagreement.

So the base offense level as reported by probation under Guideline Section 2A6.1(a)(1) is a 12.

The defendant has objected to probation's failure to include a reduction of four levels pursuant to Guideline Section 2A6.1(b)(6) regarding the incident allegedly evidencing little or no deliberation.

The parties agree that there's a six-level increase for the victim having been an Official victim, in this case

the President of the United States, under Guideline Section 3A1.2(b).

So that leaves us with either an adjusted offense level of 18 under probation's calculation, which the Government apparently agrees with, or 14 under the defendant's argument.

The defendant would also be able to receive up to a three-level reduction for acceptance of responsibility.

The net disagreement, though, is whether or not the total offense level is a 15 or a 14 based on how the guidelines work here in this particular case.

The defendant's criminal history category is substantial. It's a Category 60. And the guideline range would either be under probation and the Government's view, 41 to 51 months, or under the defendant's view, 37 to 46 months.

So, Mr. Blum, do you agree with the calculation of the guidelines as I've suggested with this one disagreement?

MR. BLUM: Yes, Your Honor, I do. That should be the only disagreement.

THE COURT: Mr. Pearce, you also agree?

MR. PEARCE: I do.

THE COURT: All right. So let's talk about the adjustment under Sentencing Guideline Section 2A6.1(b)(6).

Does the Government have the burden on that or does the defendant have the burden? I think the defendant does.

Mr. Blum agrees.

Mr. Blum, if you want to go first and make your argument.

MR. BLUM: Thank you, Your Honor.

May I approach?

THE COURT: Yes, sir.

MR. BLUM: Your Honor, I want to start by talking about I guess what we agree on in terms of the parties.

For Section 2A6.1(b)(6), I think we agree that the first part of that, that none of those other subsections apply if Subsection (a)(2) and Subdivisions 1, 2, 3, 4 and, 5 do not apply. We're in agreement on that.

I think we also agree that the offense involved a single instance. The question is whether or not there was little or no deliberation.

Your Honor, the conduct in our case involved my client, Mr. Porter, probably clicking onto the app TikTok, joining a live chat, and then uttering the statements that brought us here today.

There were references to cases involving things that would take a little bit more time. You know, the internet has made things much quicker. The internet has made, for better or for worse, for worse in many cases, it very easy to connect with people very quick and taking very little contemplation to get into a situation where you're able to speak with other

folks.

So I feel that stands in contrast to the case that the Government cited where an individual took some time to procure some stamps, stationery, write letters, look up addresses, and send those. And I apologize because I'm blanking on what the name of that case was. But I think the analogy for someone who has taken all that time and presumably a pre-internet age to then mail letters, go to the Post with these threatening messages involves significantly less deliberation than someone who has clicked onto TikTok and is now speaking to others. I think that expediated connectivity is what really separates our case from a case that would have significant deliberation.

The case I cited, Your Honor, is U.S. v Horton. That's 98 F.3d 313. It's a 1996 case. In that case the defendant was charged with making a bomb threat on a federal building. Interestingly enough, this was the day after the Oklahoma City bombing at the Alfred P. Murrah Building in Oklahoma City.

But this case took place in Illinois. The defendant in this case was noticed loitering around that building, the one that he ultimately made a threat against. He then went to the mayor's office. He insinuated that he was making a bomb threat towards that federal building. He then gets to a public pay phone, looks up the address for the U.S.

Marshals -- or looks up the phone number for the U.S. Marshals and he calls. And that's where he ultimately makes a threat saying that there's a bomb in the building that would go off in 15 minutes. They found evidence of that defendant, Mr. Horton's, fingerprints on that phone book. I think there were witnesses that saw him at that pay phone. And the building ended up being evacuated.

The Court of Appeals in that case decided to remand the case, saying that those steps, while significant, they wanted further analysis to see whether that actually involved deliberation. And I -- Mr. Porter submits that that's significantly more steps than he would take doing a few clicks to enter this live stream and then make the statements that he did.

And again, just for context, the statements were made very quickly after he joined. The statements were made for a period of about three minutes.

So if there's a situation where we're looking at cases involving threats and they are to qualify for little or no deliberation, someone like in Mr. Porter's case who clicks onto a TikTok chat, starts making statements, we submit that would fall into that category of making little or no deliberation.

THE COURT: How was the chat identified? In other words -- I'm not on TikTok, so I don't know. But I mean, do

chats have themes in them that people can say, oh, yeah, that's interesting, I want to go into that one?

MR. BLUM: I think some do and some do not. My understanding -- and some of this, to be fair, I'm getting from my wife, who is a little bit more on the TikTok. But some of them are just individuals, perhaps groups of friends or like internet friends. I will say, though, that as the PSR states in this situation, it was a politically themed chat room. Now, I don't believe that there's any indication that Mr. Porter had some sort of political bent in his actions. But, yes, I think it was --

THE COURT: I'm sorry. There's no indication he had a political bent to his actions?

MR. BLUM: Well, he was not politically motivated in what he did. I think that his statements -- and I don't think there's any controversy about it. His statements were trolling. His statements were being provocative, saying things to try to get a reaction out of the crowd. That's not some sort of he's making a political statement or he's doing something partisan, I guess would be a better way to put it.

But having said that, yes, I do think that the chat room itself did have a topic.

THE COURT: All right. Thank you, sir.

MR. BLUM: Thank you.

MR. PEARCE: Judge, a little background on that. My

understanding is that TikTok reported the video to Secret Service. I'm speculating here. But the moderator says during the chat: You understand, don't you, that I'm going to report this -- I'm recording this. I'm going to send it through channels? So my educated guess is that the moderator informed TikTok, TikTok sees the handle for the TikTok user and then can identify the user by handle. It started with JJ. And Mr. Porter readily admitted when questioned, I am JJ. He didn't admit at first that he was the user, but Secret Service then said, well, there's this evidence. And he says, you're right, it was me.

And from that point on -- and I commend Mr. Porter, that from that point on he has shown nothing but the utmost responsibility in this case. He waived everything he could. He didn't try to bind the Government to a sentence. So I respect that.

I do disagree with the defense, though, on this one. I will confess, at the beginning when I looked at this minus four I thought that probably applies. I had not dug into the case law on single act evidence and little or no deliberation. And I noticed the fact that it was about a three- to four-minute live stream, and that seemed pretty quick.

However, when I looked closer at the Eleventh Circuit case law, especially Russell, I realized that it's a combination of how many steps and how much detail. And in

Russell the Eleventh Circuit looked at the fact that the defendant gave a bunch of reasons why he did what he did, why he made the threat. And here there was a lot of detail, as I've laid out in my sentencing memorandum, about who, what, where, when and how, sometimes repeated.

I grant you, he was being goaded to some extent, but that's the nature of TikTok. You come into a live stream. It was captioned Alligator Alcatraz. My understanding is they were pro-Trump. It's not all that obvious from the back and forth. But he says a couple of things. And then they'll say: Wait a second. You're not serious, are you? What are you going to do when agents come to your door? Well, I'll kill them too. And so details are added in part because there's this dialogue. But that's a risk you take if you're going to give more details and expose yourself to the deliberation disqualification for this four-level reduction.

So, you know, I think under Russell the level of detail pretty much for me sealed it, changed my mind on whether the minus four applied or not.

Taking a look at Horton: Well spotted, Seventh Circuit case. However, there the problem was that the defendant mulled around the federal building for 37 minutes before making a threat.

District judge, against the probation and Government's recommendation, didn't give the minus four.

Said, well, 37 minutes suggests to me a fair bit of deliberation. A split Seventh Circuit -- Judge Evans disagreed. But a split Seventh Circuit said, now, wait a second, there's a lot of speculation there, what he was doing. We know he had a conversation with somebody outside the federal building during those 37 minutes. Had nothing to do with threatening anybody or any kind of animus. Just an everyday conversation. So they said we -- the defense noted -- we're remanding, we're remanding for a more thorough analysis of what was happening in those 37 minutes.

So I submit that --

THE COURT: So do we know what happened on the remand?

MR. PEARCE: I don't. No, Judge. But I submit that Horton, one, is not controlling; two, 37 minutes is a lot longer than three or four minutes. But we know very well, because it's recorded on the TikTok chat, what happened in those three to four minutes. He discussed several calibers, several types of long guns that he was going to use, the fact that he was going to find this abandoned building, that there was an upcoming rally, a fair number of details.

I'd like to discuss some -- some issues here that are related further, but they're more related to the factors that I assume we'll get into separately at the end.

THE COURT: Well, we're going to talk about 3553 for

sure.

And I would note that the PSR indicates, this isn't the first time the defendant makes threats against people. I mean, he was charged previously with terroristic threats as well.

Is that what you're talking about?

MR. PEARCE: That and the circumstances of the offense where he -- they were ideations, but I do think it's relevant to the purpose of the statute that he was talking about an upcoming rally. And in the context of other events, I think there's some relevant factors, but they're more 3553 factors. They don't really relate to this sentencing guideline issue.

THE COURT: Okay. Thank you.

Mr. Blum, do you have any response you want to make.

MR. BLUM: Very briefly, Your Honor.

I do just sort of want to draw a distinction between the time in which Mr. Porter is making the threats is sort of the crime itself. What this enhancement is looking at is the deliberation or sort of the lead-up to that. So I understand that the threading -- the crime itself went on for three or four minutes, but the question is really about how he got to that point to be making the threat. So I just want that to sort of be the context for when we're analyzing his deliberation.

THE COURT: Yes, sir.

So, you know, I can't say for sure that the defendant went to that chat location on TikTok for purposes necessarily of making the threats. I mean, there's really no way for me to know that unless we had some evidence that he had preplanned this by, you know, writing out notes or something or another witness who came forward and said they had a discussion with him.

But it does look like he went to that location for purposes of an argument. I mean, that's why I was asking Mr. Blum the question about the TikTok site. It appeared to me that it was not a site that was -- or a discussion that was necessarily going to be sympathetic to the defendant's views. He goes there and fairly immediately starts making the threats and makes the threats repeatedly and does include a lot of specific detail on how he intends to carry out the threat.

So it doesn't appear to me, for example, that it's an individual who's involved in a conversation and just gets mad and pops off -- no pun intended using the word "pop" -- pops off and says something. It appears that it had, you know, some -- you know, there was at least some mental gymnastics involved in knowing what he was going to say.

You know, I don't know what people know about the internet world, about threats, about engaging in other criminal activity like the transmission of CSAM material, that

type of thing.

It's hard for me to imagine that an individual would make a threat against a high ranking government official, much less the President of the United States, without some expectation that it would be communicated beyond the group in which it is occurring. That to me also suggests that this was a planned activity.

I'm not saying that the argument that the defendant makes about this reduction request, this objection, is a spurious or de minimis argument. I think it's a real argument. But I think the level of detail, the group that he was participating in that was not sympathetic to his views relative to the President of the United States, the length of the discussion and the number of times that he, you know, made the threats counters against the argument; so the Court is going to deny the objection and not apply the reduction.

And let me also say this: Even if I did -- even if I had applied it, my personal view would be then that the suggested guideline then may underrepresent the seriousness of the offense such that the Court would look at that point to maybe give a sentence that was above the guideline. So I'm just saying that for the record, to the extent that there is an appeal and that might make some difference in the Appellate Court's consideration of the Court's decision.

All right. So the Court resolves the objection

against the defendant, which leaves us with a sentencing range of 41 to 51 months, and then a term of supervised release of up to three years, a fine guideline range of $7,500 to $75,000, though, I don't believe probation has recommended that the Court assess a fine in this situation.

So, Mr. Blum, I'll be glad to hear any argument under 3553(a) or otherwise that you believe is in your client's interest for the Court to consider relative to the sentence. If you have any witnesses you want to call, I'd be glad to hear from them. And then I'll hear the Government's argument. And then I'll come back to you and let you respond. And then allow the defendant to make a statement if he wishes to.

MR. BLUM: Thank you.

Yes, Your Honor, for -- I guess just for housekeeping, I'm inclined to speak about these 3553(a) factors.

His fiance, Ms. Garrett, who I believe is outside with the child, if I could bring her in at the appropriate time to make a statement as well.

Your Honor, as indicated in the presentence report, Mr. Porter since the birth of his child, who will be turning two in August and is with her mother right now, since that time has been doing better. He does have a rocky history, as evidenced by his being Criminal History Category 6, all of this I believe in the Rome area. It's where he's been all of

his life.

But what I really want to stress the most on behalf of Mr. Porter is that he wants to be in his child's life. He has had to miss these formative -- the better part of a year having been in custody. And that is not to undermine the seriousness of his actions. We've talked a lot about just how incendiary and just how extreme the things that he said in this TikTok forum were and the fact that he does have two previous convictions for terroristic threats, Your Honor. That does not go unnoticed by defense.

Nonetheless, Your Honor, after Essi was born, Ms. Garrett was the one who was working, Mr. Porter was raising his daughter. He was staying at home with her and he was pretty much at home every minute, every hour of the day. Sometimes when Carla would come home, she would give him a break from being the one in charge of Essi and he would go online.

This is something that he was familiar with, going on TikTok, getting folks a little bit riled up, doing what the internet calls trolling. But it's really sort of just ruffling feathers and getting folks -- kind of pranking folks almost in a way is how I've come to know it.

But nonetheless, Your Honor, he espoused these words with no intent to actually make good on any of the things that he said. Mr. Porter is not in any possession of anything that

would rise to give ideas that he would make good on anything, any of the things that he said. I believe it was just literally a situation of bark without any bite.

Mr. Porter -- I've spoken extensively with Ms. Garrett about what he does at home. And he just stays home. He barely goes to the store. The internet has become sort of his outlet. And through that I understand that that's brought us where we are today.

But I do want to talk about sort of what brought Mr. Porter to this point as well. Your Honor, he has grown up in this Rome area. I think he was raised a lot of the times by his grandparents. And he started having some issues with law enforcement here in Rome, I reference in the sentencing memo, in 2017. He was picked up by law enforcement. And there became a civil lawsuit when he was essentially hooked up to a taser by law enforcement and they were sort of laughing at him. This was caught on video while they were sort of revving up the taser.

This is something that ended up getting one of the officers let go of the force. But it stuck with Mr. Porter. I think there was some trauma involved on Mr. Porter. It gave him a very bad taste for those in power, for those in authority. And I do think that there is some evidence of that in what happened here today. And again, I'm not trying to completely undermine his actions, but I do want to give the

Court some context on that.

Judge, the two previous terroristic threats that he was convicted of were both in 2018, so that was a year after that traumatic incident with law enforcement. The first one did involve his mother, actually, who is present in court with us today in his support.

The second one involved -- the first one was in March of 2018. The second one was in September of 2018. The first involved his mother. The second involved a girlfriend at the time, at this point an ex girlfriend.

And I will say that while those are situations where something was said, something in the context of a threat, these are very different than what his intentions were in this case, to go online to say incendiary things.

You know, the state court charge of terroristic threats, you have to put fear, apprehension in another, there has to be corroboration.

Here I do think it's of note -- and I had talked a little bit about the elements of the crime with Mr. Pearce. The crime itself is the words. So making the words here in federal court is the crime. So I had chewed on maybe some ideas of possible First Amendment issues, but I don't think any of that would be appropriate in this. I think this is what the law sees as a true threat. And, again, the crime is just the making of the words.

I will say that those two terroristic threats convictions from 2018 really weigh against him in terms of the guidelines. And again, his mother, who is the victim of that first one in 2018, now stands amongst his family members in his support.

I do want to let Your Honor know that Mr. Porter is joined by all three of his siblings. He has an aunt, his mother' boyfriend, as well as, of course, Carla and his child. So he does have a support system for ultimately when he is back in the community.

Your Honor, when it comes to what Mr. Porter wants in the future -- and we are asking for 12 months and a day, which is not the time that he had served thus far. It would still involve additional custodial time.

But ultimately, Judge, I've spoken with him about looking at programs, looking at things that he can do to get back on his feet. Because right now, Ms. Garrett in taking care of the child has really not been able to work. Ms. Garrett was previously I believe working at the Huddle House. But taking care of Essi has become her full-time job. So she has been going without Mr. Porter's support and without financial support.

So we're asking for this sentence, which we understand is well below the guidelines. But the time that he's been away from his young child, the time that he has been

away from being able to help out Ms. Garrett, that has been a significant punishment for Mr. Porter up to this point.

Your Honor, we want Mr. Porter to spend the time that he needs to on this case, but to get the means to stay out of trouble in the future. A lot of Mr. Porter's criminal history, if not all -- he's talked with me and I believe he spoke with the probation officer as well -- was when he was having issues with substances. That was something that he talked with me about. That was something that I think really did fuel his past criminal behavior. But that was not an issue, as Ms. Garrett reported, since the birth of his child.

I don't think this incident was -- while his mind was clouded by substances, I do think it was a very reckless and of course very dangerous thing to do. But ultimately he said words and he said words into a forum. And we don't condone those words, but I do want us to remember that this is a crime about the words that he said. There's no indication that he was going to actually take any violent action or do any kind of actual harm to anyone.

And if Your Honor would allow, I would like Ms. Garrett to briefly address the Court.

Your Honor, should she come up here?

THE COURT: Yes. Come to the microphone, please. She can stand there.

MR. BLUM: Should we swear her in?

THE COURT: No, she doesn't have to be sworn. Just tell us your name.

MS. GARRETT: Carla Garrett.

THE COURT: Carla Garrett with a G?

MS. GARRETT: Yes.

THE COURT: So go ahead and tell me what you want me to hear, ma'am.

MS. GARRETT: So I've been with Jauan for three years. And when we found out we were pregnant with our daughter Essi, which is his first and only child, he completely changed. He never missed probation. He never missed any sort of doctor's appointments. He was there since day one. When he seen her born, it really changed him. He actually stayed home with her while I went to work and he never left the house.

He -- like, if you would have known him before and after his daughter was born, it completely changed him. This is not the man he was before his daughter was born. He's all about his daughter. He just wants to raise his daughter because he knows how important it is for a father to be in his daughter's life.

And as far as me and his relationship goes, since I found out I was pregnant, our relationship has turned around 100 percent. Everything is great between us. He just wants to be there for his daughter. It's his only child. He wants

to try to do it right the first time. He don't want to miss all the important parts. He's already missed her taking her first steps and saying her first words and all the stuff that everyone, you know, values. And he's already had to miss that. He don't want to miss no more, like, the first time she goes to school or, you know, her first real sentence that she puts together and all that stuff.

THE COURT: Thank you, ma'am.

MS. GARRETT: You're welcome.

MR. BLUM: I have nothing further, Your Honor.

THE COURT: Thank you, Mr. Blum.

MR. PEARCE: Judge, I would urge the Court not to depart downward. This is a rare instance where you've got two different chapters of the guidelines that could apply. He'd be one level lower if he were treated as a career offender. But that part of Chapter 4 looks at recidivism and the Commission's efforts to address recidivist.

And then if you look at the offense specific adjustments, they're highly specific, they're highly granular. They point, Your Honor, to about the same place. So whether you're looking at it from the standpoint of the seriousness of the offense and a Category 6 offender or a career offender who's committed an offense punishable by up to five years, you get to about the same place.

I don't believe he intended any harm to the

President, having read his interviews, having talked to the agents. But if I did and if the evidence showed that and if probation agreed and Your Honor agreed, it would be plus six. We'd be in an entirely different place under the guidelines. So he's getting credit for the fact that there's not evidence that he actually intended to carry out the threat.

The purpose of the statute is in part to avoid chilling the President in the conduct of his duties, avoid chilling the President in getting out there before the people. And that chill I submit would be greater here than in your normal case. And this is I think a 3553 factor. But if I'm sitting in the Oval Office and I hear from my Secret Service intelligence briefing that there's somebody that's made a threat to me and I hear it's Rome, Georgia, well, that gets my attention. That gets my attention because Rome, Georgia, is a place where there are rallies.

And in the TikTok live stream, he talks about there's an upcoming rally. And I know -- I've been the legal adviser in a ride-along once or twice with the Secret Service. And the first time it was Vice President Pence, and we came up to Rome. That was in August 2019. There have been Trump rallies here on November 1st, 2020; January 5th, 2021 for the Senate runoffs; March 9th, 2024; March 24th, 2025. So Rome would stand out to me as a place where a threat may be plausible and where I might be intending to go.

And then the other aspect, sort of a characteristic of the defendant, if I knew it was someone who had been convicted several times for offenses involving battery, threats, terroristic threatening, assault, mutiny in a prison, that would be more worry to me than someone who is maybe a Category 6 offender because of tax fraud and federal government program fraud or some nonviolent offense.

I think when you look at the purpose of the statute, it is -- it would ill serve the purposes of the statute to downwardly depart and disregard these characteristics.

Mr. Porter has a very rocky 20s, but even in his teens he had a couple of minor offenses. But before this incident discussed in 2017, he was pretty well on his way to a downward trajectory. I hope -- it sounds like he was maybe heading to a little bit better place because of the birth of his girlfriend's baby, living together, staying at home.

I'm hopeful that some time in federal prison -- he's always been in state prison. I don't know how the programs compare. I believe he got a GED. But the BOP has lots of programs. It sounds like learning some job skills may be part of what helps Mr. Porter to get on a better path.

So to the extent that you look at that aspect of 3553, need for educational, vocational training, a few more months under a year and day sentence with what time has been served really doesn't give much of a head start in that

direction.

I do think he needs a little bit of a buffer between -- he's now 30, but his 20s have been bad. He's messed up a whole lot, serious violent offenses, some of them landing blows, you know, at motels here on the roadside in Floyd County.

So I think he needs a little bit of a buffer. And a year and a day with time served is almost no buffer at all from where he was. Maybe he was in a little bit better place when he made these calls, but a guideline sentence would far better serve the purpose of the statute and I think getting Mr. Porter rehabilitated and protecting society from him and him from himself.

THE COURT: All right. Thank you, sir.

Mr. Blum, anything else from you, sir?

MR. BLUM: Not from me, Your Honor.

THE COURT: Does your client wish to make a statement?

You can just pull the mic -- you don't have to stand up, but you can just pull the microphone close to you. That way I can hear you.

THE DEFENDANT: I just wanted to start by saying, I apologize, like, deeply. I know I messed up. And just I shouldn't have done what I was doing.

I don't have a political horse in this race. Like, I

don't have nothing to do with that. Like I said, I was trolling. I missed so much already of my daughter's life. That was the only thing I want to do, is be a good father and be a better man.

I know when I went to prison last time, like, it really -- I mean, it just took time away from my life. I just wasted my life. I'm not saying that -- I'm really just trying to say that I feel better and I know I can do better without having to go to a federal prison.

I just want to be there for my daughter in the most important times of her life. And I want to work. I want to get me a job, you know, help my family out, go get a house, get a truck. I just want to -- you know, I want to live the American dream. I just want to be a simple man. I don't want to do anything else but that and just be better for myself and my family.

I just want to apologize to the Court.

THE COURT: All right. Thank you, sir.

Give me just a second, please.

(brief pause)

THE COURT: Mr. Porter, how long were you in state prison? I'm going to guess a little more than year or so. Is that about right?

THE DEFENDANT: It was a little over three years.

THE COURT: You were there three years? I know your

sentence was three years. But how long were you there?

THE DEFENDANT: I went like September 11th. I got out May 1st, 2021. I went 2018.

THE COURT: Okay. So you had multiple sentences that were served at the same time that both had three-year sentences; correct?

THE DEFENDANT: Yes, sir.

THE COURT: Okay. All right. So let me -- just some basic comments. So this is -- I mean, it's not normal that any judge gets a case where someone's threatened to kill the President of the United States. Honestly, I was shocked that the sentencing limit was five years for this offense, never having had any response to it. Because it is a very serious offense.

Just to conceptualize, I mean, the President of the United States is probably the most protected person in the world, but we also know that that doesn't mean that whoever the President is is free of harm or the risk of harm. I mean, President Trump before he became President this time was shot and was shot at a second time, or at least an attempt was made to shoot at him a second time.

And we've had presidents in my lifetime that have been killed. I was, I don't know, six months old when President Kennedy was killed in 1963.

The risk of harm to anyone who is in a position of

immense power and responsibility when there's a threat can have a chilling effect. I'll give you an example. Earlier this year, there was a federal judge in Atlanta who had -- it was communicated had a hit placed against him by a Mexican drug cartel. Might have been actually Central American, not Mexican, but Guatemala or somewhere like El Salvador. I don't remember. There was a period of time where none of us really knew who the target was of that threat. And it was a real threat communicated by a career criminal who had been solicited to conduct the assassination of the judge.

And there was a time where I thought it could have been me because I had recently sentenced a high level cartel person to prison at or about the time that the threat was made before it was discovered actually who the judge was that it was directed to.

So I can't tell you that for a period of time before we really knew who the judge was or even after we thought we knew who the judge was that it didn't affect me as I thought about cases and I thought about, you know, what was the right result in any particular case. Was I going to make a decision that was going to be detrimental to my family or myself? Was I going to approach cases the same way as I normally did and I believe should?

And it sowed some real doubt in my mind, even to the point where there was later a higher ranking member of the

same drug cartel where I had sentenced someone to prison who was apprehended overseas when he was traveling based on a preexisting warrant where the DOJ ultimately moved to dismiss the charge where I wondered, gosh, I wonder if the DOJ has made a decision because they're afraid of this guy or not.

So my point is simply that threats can have real consequences on decision-makers. And I'm not defending the political views or the program aims of President Trump. I'm not political in that way. So this isn't about President Trump. This is about the position of presidency. You know, we need our President, whoever that is, once that person is elected to be able to do his or her job without fear of being harmed because they're doing their job. And if the voters don't like it, the voters can turn that person out or that person's party out of power. That doesn't happen and shouldn't happen based on threats that are made.

So while I certainly have no reason to believe that you intended the harm that your words indicated, that is in some degree beside the point, because the words themselves can have a chilling effect, which is why the words themselves in this context are criminal.

Mr. Blum made reference to a general First Amendment right to say things. We do have rights to say things. When we disagree with our elected leaders, we have the right to say that we disagree with them, we have the right to say what we

think about them. But we don't have the right to threaten them.

Just as we all learned in law school, you can't go into a crowded theater and yell fire; because if you do that, it can lead to people getting hurt in response to what you said.

So, you know, Mr. Blum didn't spend a lot of time talking about things in your background that would suggest that a below guideline sentence is warranted in this case, other than the recent changes that have occurred to you with regard to the birth of your child.

Because your background is not great. You know, you've got a lot of -- in your young life, you've got a lot of criminal actions that border on violence, some of them not. But, you know, that has resulted in a criminal history category of 6, which is as high as it goes.

You know, there certainly is a need for a sentence in this context to be a deterrent to others who would engage in this kind of conduct. Do I think that you're going to go out once you're released and make a threat against the President again? I highly doubt that you will. But that doesn't mean that others might not heed the warnings and could also make such a threat if the punishment is not enough of a deterrent in that regard.

Mr. Pearce made some arguments that there are going

to be some programs that are available to you in federal prison. And I'm not suggesting to you that federal prison is a great place. I doubt it is. I have visited them. I was a state judge for a long time. I know that federal prison is a better environment than state prison, but of course that's a relative consideration. The federal government does have more means associated with it from a program standpoint.

So to the extent that you do still have, you know, any kind of drug or alcohol issues, you have the opportunity to get that addressed to some degree in prison. Again, not naive. I realize that there are drugs in federal prison just like there are in state prison, but there are programs available to you.

And as far as I know, you would not be disqualified from participating in the RDAP program, which is a residential alcohol and drug treatment program in prison. And if you do participate in that program or are allowed to participate and you complete that program, the Bureau of Prisons currently provides a substantial reduction in your sentence related to that. I think up to a year of a sentence can be reduced based on BOP's discretion, not the Court order.

The Court will include an RDAP recommendation in your sentence as well. That will be up to the Bureau of Prisons to make that decision.

The long and short of it, sir, is that I do believe a

guideline sentence is warranted in this case. When I first read, you know, the circumstances of the case, you know, I assumed that I would probably be giving an upward guideline or perhaps over-guideline sentence. You know, I am convinced by the argument made by your child's mom and your lawyer regarding the same point that, you know, there has been some, you know, maturity that has come with what's happened in your life relative to your having a child. And based on, you know, the factors of good that have been argued, the Court is going to sentence you to the lower end of the guideline as calculated by the Court.

Mr. Porter, pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that you're committed to the custody of the Bureau of Prisons to be imprisoned for a term of 41 months.

It is further ordered that you should pay to the United States a special assessment of $100, which is due immediately. And that should be paid to the Clerk of the United States District Court for the Northern District of Georgia.

The Court will not assess a fine or the cost of incarceration based upon the demonstrated difficulty that you would have to pay those amounts based on your economic earning potential.

The Court will also place you on a period of

supervised release for a term of three years. Within 72 hours of your release from the custody of the Bureau of Prisons, you shall report in person to the probation office in the district where you are authorized to reside unless your probation officer instructs you to report to a different probation office or within a different timeframe.

While you're on supervised release, you'll have mandatory conditions of your release. Those include that you must not commit any other federal, state or local crime; you must not unlawfully possess a controlled substance; you must refrain from any unlawful use of a controlled substance. That will require that upon 15 days of being released to supervised release from prison that you will have at least -- you'll have a drug test and then at least two periodic drug tests thereafter as ordered by the Court. You also must cooperate in the collection of your DNA as directed by your probation officer.

There's some standard conditions of your supervision that apply in the case of all individuals who are on supervised release in the Northern District of Georgia. Those conditions and rules are published on our website. They're also known to probation and to your lawyer, who will discuss them with you. And you will need to comply with those as well.

There will be some special conditions of your

supervised release. Those include that you must participate in a drug and alcohol evaluation upon your release from custody and also complete any -- participate and complete any drug or alcohol treatment program that may be recommended based upon that evaluation. You must follow the rules and regulations of the treatment program.

Your probation officer will make decisions such as who -- what the program is that you'll participate in, the location of it, the duration of your treatment, and the intensity or how long it lasts, how often you must go. And you must pay all or a part of the cost to participate in that drug treatment and alcohol treatment program based upon your ability to pay unless excused by your probation officer, who will consider your -- the affordability of it to you based on a sliding scale.

Also, as a special condition, similar to the mandatory condition the Court was talking about earlier, you must submit to drug or substance abuse testing to determine if you've used a prohibited substance. In regards to any testing, you must not obstruct or attempt to obstruct or tamper with any testing methods. Like for example, sometimes people will show up at a drug test that has been ordered and they will have drank a lot of water to dilute their sampling so that the test is not valid and will not demonstrate anything. That would be an example of trying to tamper with

the test or obstruct the test.

There's no reason not to show up for a test or to do that because the Court will consider any such effort to obstruct or attempt to obstruct a test or failure to show up for a test as a positive test; so the better approach is to stay away from using drugs that would get you in trouble with the test to start with.

Sir, you can appeal the sentence that the Court has imposed and/or your conviction if you believe that your guilty plea was unlawful or involuntary or if there was some fundamental defect in these proceedings that was not waived by your guilty plea. Generally a defendant has a right to appeal a sentence that is imposed, but you agreed to a provision found at Paragraph 10 of your plea agreement that limited the circumstances in which you can file an appeal.

A provision like the one in your agreement is generally determined by the appellate courts to be enforceable. But if you have a reason that you think that the appeal waiver in your plea agreement should not be enforced and that you should have a right nonetheless to be able to appeal, then you can present your argument to the appellate court about why you shouldn't be bound by the appeal waiver or why it doesn't apply to you. If the Court agrees with you, then they might consider whatever arguments you would make with regard to your plea of guilty or with regard to the

sentence that the Court has imposed.

The important thing to remember, though, sir, is that if you wish to file a notice of appeal to have the appellate court to consider the arguments you want to make, generally you have 14 days from the time the written judgment is entered by the Court in which to file the appeal. That won't happen probably until Wednesday or later because the person who will be writing that for me is off today and tomorrow and may do it Wednesday. But Mr. Blum will know about it -- as soon as it's filed, he'll know about it and he'll know when the clock has started.

So make sure you discuss with Mr. Blum what your desire is with regard to an appeal so that he can timely file it. If it's not timely filed, then you might lose the right to file an appeal, which obviously is not what you want to do if that's what your intent is, to file an appeal. Make sure you discuss with Mr. Blum what your intention and desire is before he and you part here today.

All right. Does the Government have any objection to the sentence that the Court has imposed?

MR. PEARCE: No, Your Honor.

THE COURT: Mr. Blum, do you want to put any objection on the record, sir?

MR. BLUM: Yes, Your Honor. We would make a -- ask to preserve an objection to the procedural and substantive

reasonableness.

THE COURT: All right. Mr. Porter, I wish you good luck. Obviously, you know, you've got some days ahead of you.

I do regret what you will miss with regard to your child and your relationships. You know, I hope when you are released that you'll be determined to not put yourself in that position again so that, you know, there will be no interruption in your life from that date.

The Court will stand in recess until 11.

(A recess was taken at 10:29 a.m.)

Reporter's Certification

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/S/Geraldine S. Glover, RPR, CRR, RCR
Official Court Reporter
United States District Court
Northern District of Georgia

Date: February 18, 2026

MR. BLUM: [12] 4/18 5/4 5/7 8/3 8/14 8/24 12/16 15/13 20/25 22/10 25/16 36/24
MR. PEARCE: [6] 4/21 8/25 11/14 12/7 22/12 36/21
MS. GARRETT: [4] 21/3 21/5 21/8 22/9
THE COURT: [26] 3/2 4/20 4/22 5/6 7/24 8/12 8/23 11/12 11/25 12/14 13/1 20/23 21/1 21/4 21/6 22/8 22/11 25/14 25/17 26/18 26/21 26/25 27/4 27/8 36/22 37/2
THE DEFENDANT: [4] 25/22 26/24 27/2 27/7

$

$100 [1] 32/17
$7,500 [1] 15/3
$75,000 [1] 15/4

/

/S/Geraldine [1] 37/17

1

10 [1] 35/14
100 percent [1] 21/24
10:29 [1] 37/10
11 [1] 37/9
11th [1] 27/2
12 [2] 3/19 19/12
14 [3] 4/5 4/10 36/5
15 [3] 4/10 7/4 33/12
1714 [1] 1/24
18 [2] 4/4 37/20
1963 [1] 27/24
1984 [1] 32/13
1996 [1] 6/15
1st [2] 23/22 27/3

2

2017 [2] 17/14 24/13
2018 [6] 18/3 18/8 18/8 19/2 19/4 27/3
2019 [1] 23/21
2020 [1] 23/22
2021 [2] 23/22 27/3
2024 [1] 23/23
2025 [1] 23/23
2026 [2] 1/14 37/20
20s [2] 24/11 25/3
24th [1] 23/23
25 [1] 3/4
2A6.1 [4] 3/19 3/22 4/23 5/9

3

30 [1] 25/3
30303-3309 [1] 1/24
313 [1] 6/15
3309 [1] 1/24
35 [1] 3/5
3553 [6] 11/25 12/11 15/7 15/15 23/11 24/23
37 [6] 4/15 10/22 11/1 11/6 11/10 11/15
3A1.2 [1] 4/2

4

41 [3] 4/14 15/2 32/15
46 [1] 4/15
4:25-cr-00035-WMR [1] 1/6

5

51 [2] 4/15 15/2
5th [1] 23/22

6

60 [1] 4/13

7

72 [1] 33/1
75 [1] 1/24

9

98 [1] 6/15
9:30 [1] 1/14
9th [1] 23/23

A

a.m [2] 1/14 37/10
abandoned [1] 11/20
ability [1] 34/13
able [6] 4/7 5/25 19/18 20/1 29/12 35/20
about [39]
above [2] 14/21 37/16
above-entitled [1] 37/16
abuse [1] 34/18
acceptance [1] 4/8
act [2] 9/20 32/12
action [2] 3/5 20/18
actions [5] 8/10 8/13 16/6 17/25 30/14
activity [2] 13/25 14/7
actual [1] 20/19
actually [8] 7/10 16/24 18/5 20/18 21/14 23/6 28/5 28/14
added [1] 10/13
additional [1] 19/14
address [3] 6/25 20/21 22/17
addressed [1] 31/10
addresses [1] 6/5
adjusted [1] 4/3
adjustment [1] 4/23
adjustments [1] 22/19
admit [1] 9/9
admitted [1] 9/8
adviser [1] 23/18
affect [1] 28/18
affordability [1] 34/14
afraid [1] 29/5
after [6] 6/17 7/16 16/11 18/3 21/17 28/17
again [7] 7/15 17/24 18/24 19/3 30/21 31/10 37/7
against [9] 6/22 10/24 12/3 14/3 14/15 15/1 19/2 28/4 30/20
age [1] 6/8
agents [2] 10/12 23/2
agree [6] 3/24 4/16 4/20 5/8 5/9 5/13
agreed [3] 23/3 23/3 35/13
agreement [5] 3/16 5/12 35/14 35/16 35/19
agrees [3] 4/5 5/1 35/23
ahead [2] 21/6 37/3
aims [1] 29/8
Alcatraz [1] 10/8
alcohol [5] 31/9 31/16 34/2 34/4 34/12
Alfred [1] 6/18
all [23] 3/4 4/22 6/7 8/23 10/9 14/25 15/24 15/25 19/7 20/6 21/18 22/2 22/3 22/7 25/8 25/14 26/18 27/8 30/3 33/19 34/11 36/19 37/2
allegedly [1] 3/22
Alligator [1] 10/8
allow [2] 15/12 20/20
allowed [1] 31/17
almost [2] 16/22 25/8
along [1] 23/19
already [3] 22/2 22/4 26/2
also [12] 4/7 4/20 5/13 14/6 14/17 27/17 30/22 32/25 33/15 33/22 34/3 34/16
always [1] 24/18
am [2] 9/8 32/4
Amendment [2] 18/22 29/22
AMERICA [2] 1/4 3/7
American [2] 26/14 28/5
amongst [1] 19/4
amounts [1] 32/23
analogy [1] 6/7
analysis [2] 7/10 11/10
analyzing [1] 12/24
animus [1] 11/7
another [2] 13/7 18/16
any [28] 8/9 8/16 11/7 12/15 15/6 15/9 16/24 16/25 17/2 17/3 18/23 20/18 20/18 21/12 22/25 27/10 27/13 28/20 31/9 33/9 33/11 34/3 34/3 34/19 34/21 35/3 36/19 36/22
anybody [1] 11/7
anyone [2] 20/19 27/25
anything [5] 16/25 17/1 25/15 26/15 34/25
apologize [3] 6/5 25/23 26/17
app [1] 5/17
apparently [1] 4/5
appeal [12] 14/23 35/8 35/12 35/15 35/19 35/21 35/22 36/3 36/6 36/13 36/15 36/16
Appeals [1] 7/8
appear [1] 13/17
appeared [1] 13/11
appears [1] 13/20
appellate [4] 14/23 35/17 35/21 36/3
applied [2] 10/19 14/18
applies [1] 9/19
apply [6] 5/10 5/12 14/16 22/14 33/19 35/23
appointments [1] 21/12
apprehended [1] 29/2
apprehension [1] 18/16
approach [3] 5/5 28/22 35/5
appropriate [2] 15/18 18/23
are [24] 3/16 7/19 8/6 10/11 10/11 10/13 11/22 17/8 18/11 18/13 19/12 23/16 29/16 29/21 30/25 31/1 31/11 31/12 31/12 31/17 33/4 33/19 33/21 37/5
area [2] 15/25 17/11
argued [1] 32/9
argument [11] 4/6 5/3 13/10 14/8 14/10 14/11 14/15 15/6 15/10 32/5 35/21
arguments [3] 30/25 35/24 36/4
around [3] 6/21 10/22 21/23
as [38]
ask [1] 36/24
asking [3] 13/10 19/12 19/23
aspect [2] 24/1 24/22
assassination [1] 28/10
assault [1] 24/4
assess [2] 15/5 32/21
assessment [1] 32/17
associated [1] 31/7
assume [1] 11/24
assumed [1] 32/3
Atlanta [2] 1/24 28/3
attempt [3] 27/20 34/20 35/4
attention [2] 23/15 23/15
Attorney [1] 2/5
August [2] 15/22 23/21
August 2019 [1] 23/21
aunt [1] 19/7
authority [1] 17/23
authorized [1] 33/4
available [2] 31/1 31/13
avoid [2] 23/7 23/8
away [4] 19/25 20/1 26/6 35/6

B

baby [1] 24/16
back [4] 10/9 15/11 19/10 19/17
background [3] 8/25 30/8 30/12
bad [2] 17/22 25/3
barely [1] 17/6
bark [1] 17/3
base [1] 3/18
based [10] 4/10 29/2 29/16 31/20 32/8 32/22 32/23 34/5 34/12 34/14
basic [1] 27/9
battery [1] 24/3
be [52]
became [2] 17/15 27/19
because [17] 6/5 10/13 11/17 19/17 21/20 23/15 24/6 24/15 27/13 28/12 29/5 29/13 29/19 30/4 30/12 35/3 36/7
become [2] 17/6 19/20
been [23] 3/25 15/23 15/25 16/5 19/18 19/21 19/25 19/25 20/1 21/8 23/18 23/21 24/2 24/18 24/24 25/3 27/23 28/5 28/9 28/12 32/6 32/9 34/22
before [10] 1/13 10/23 21/16 21/18 23/9 24/12 27/19 28/14 28/16 36/18
beginning [1] 9/18
behalf [3] 2/4 2/7 16/2
behavior [1] 20/10
being [8] 7/7 8/17 10/6 15/24 16/16 20/1 29/12 33/12
believe [14] 8/9 15/4 15/7 15/17 15/25 17/2 19/19 20/6 22/25 24/19 28/23 29/17 31/25 35/9
below [2] 19/24 30/9
bent [2] 8/10 8/13
beside [1] 29/19
better [14] 5/22 8/20 15/23 16/4 24/15 24/21 25/9 25/11 26/4 26/8 26/8 26/15 31/5 35/5
between [3] 12/17 21/24 25/3
beyond [1] 14/5
bind [1] 9/15
birth [4] 15/21 20/11 24/15 30/11
bit [9] 5/21 8/5 11/1

B
bit... [6] 16/19 18/19 24/15 25/2 25/7 25/9
bite [1] 17/3
blanking [1] 6/6
blows [1] 25/5
Blum [16] 2/8 3/9 4/16 5/1 5/2 12/15 13/11 15/6 22/11 25/15 29/22 30/7 36/9 36/12 36/17 36/22
bomb [3] 6/16 6/23 7/3
bombing [1] 6/18
book [1] 7/5
BOP [1] 24/19
BOP's [1] 31/21
border [1] 30/14
born [4] 16/11 21/13 21/17 21/18
both [2] 18/3 27/5
bound [1] 35/22
boyfriend [1] 19/8
break [1] 16/16
Brian [1] 2/5
brief [1] 26/20
briefing [1] 23/13
briefly [2] 12/16 20/21
bring [1] 15/18
brought [3] 5/19 17/8 17/9
buffer [3] 25/2 25/7 25/8
building [9] 6/17 6/18 6/21 6/24 7/3 7/7 10/22 11/6 11/20
bunch [1] 10/2
burden [2] 4/24 4/25
Bureau [4] 31/18 31/23 32/14 33/2

C
calculated [1] 32/11
calculation [4] 3/15 3/17 4/4 4/16
calibers [1] 11/18
call [1] 15/9
calls [3] 7/2 16/20 25/10
came [2] 13/7 23/20
can [19] 3/2 8/1 9/7 19/16 20/24 25/19 25/20 25/21 26/8 28/1 29/6 29/14 29/19 30/5 31/20 35/8 35/15 35/21 36/13
can't [3] 13/2 28/16 30/3
captioned [1] 10/8
care [2] 19/18 19/20
career [3] 22/15 22/22 28/9
Carla [4] 16/15 19/8 21/3 21/4
carry [2] 13/16 23/6
cartel [3] 28/5 28/12 29/1
case [32] 1/6 3/4 3/5 3/6 3/25 4/11 5/16 6/2 6/6 6/12 6/12 6/14 6/15 6/15 6/20 6/21 7/8 7/9 7/20 9/14 9/20 9/24 10/21 18/14 20/4 23/11 27/10 28/20 30/9 32/1 32/2 33/19
cases [5] 5/20 5/23 7/19 28/19 28/22
category [7] 4/12 4/13 7/22 15/24 22/22 24/6 30/16
caught [1] 17/17
Central [1] 28/5
certainly [2] 29/17 30/17
Certification [1] 37/14
certify [1] 37/15
changed [4] 10/18 21/11 21/13 21/17
changes [1] 30/10
channels [1] 9/5
Chapter [1] 22/16
Chapter 4 [1] 22/16
chapters [1] 22/14
characteristic [1] 24/1
characteristics [1] 24/10
charge [3] 16/16 18/15 29/4
charged [2] 6/16 12/4
chat [8] 5/18 7/21 7/24 8/8 8/21 9/3 11/17 13/3
chats [1] 8/1
chewed [1] 18/21
child [11] 15/18 15/21 19/8 19/18 19/25 20/11 21/10 21/25 30/11 32/8 37/5
child's [2] 16/3 32/5
chill [1] 23/10
chilling [4] 23/8 23/9 28/2 29/20
Circuit [5] 9/23 10/1 10/21 11/2 11/3
circumstances [3] 12/7 32/2 35/15
cited [2] 6/3 6/14
City [2] 6/18 6/19
civil [1] 17/15
Clerk [1] 32/18
clicked [1] 6/10
clicking [1] 5/17
clicks [2] 7/12 7/20
client [2] 5/17 25/17
client's [1] 15/7
clock [1] 36/10
close [1] 25/20
closer [1] 9/23
clouded [1] 20/13
collection [1] 33/16
combination [1] 9/25
come [8] 10/7 10/12 15/11 16/15 16/22 20/22 20/23 32/7
comes [1] 19/11
commend [1] 9/12
comments [1] 27/9
Commission's [1] 22/17
commit [1] 33/9
committed [2] 22/23 32/13
communicated [3] 14/5 28/4 28/9
community [1] 19/10
compare [1] 24/19
complete [3] 31/18 34/3 34/3
completely [3] 17/25 21/11 21/17
comply [1] 33/23
computer [1] 1/19
conceptualize [1] 27/15
condition [2] 34/16 34/17
conditions [4] 33/8 33/18 33/21 33/25
condone [1] 20/15
conduct [4] 5/16 23/8 28/10 30/19
confess [1] 9/18
connect [1] 5/23
connectivity [1] 6/11
consequences [1] 29/7
consider [6] 3/12 15/8 34/14 35/3 35/24 36/4
consideration [2] 14/24 31/6
contemplation [1] 5/24
context [7] 7/15 12/10 12/24 18/1 18/12 29/21 30/18
contrast [1] 6/2
controlled [2] 33/10 33/11
controlling [1] 11/15
controversy [1] 8/16
conversation [3] 11/5 11/8 13/18
convicted [2] 18/3 24/3
conviction [1] 35/9
convictions [2] 16/9 19/2
convinced [1] 32/4
cooperate [1] 33/15
correct [2] 27/6 37/15
corroboration [1] 18/17
cost [2] 32/21 34/11
could [5] 9/14 15/18 22/14 28/11 30/22
counters [1] 14/15
County [1] 25/6
couple [2] 10/10 24/12
course [3] 19/8 20/14 31/5
court [37] 1/1 1/23 3/11 7/8 14/15 14/20 14/25 15/5 15/8 18/1 18/5 18/15 18/21 20/21 22/12 26/17 31/21 31/22 32/9 32/11 32/13 32/19 32/21 32/25 33/15 34/17 35/3 35/8 35/22 35/23 36/1 36/4 36/6 36/20 37/9 37/18 37/18
Court's [2] 14/24 14/24
courts [1] 35/17
cr [1] 1/6
credit [1] 23/5
crime [8] 12/19 12/21 18/19 18/20 18/21 18/24 20/16 33/9
criminal [10] 3/5 4/12 13/25 15/24 20/5 20/10 28/9 29/21 30/14 30/15
crowd [1] 8/18
crowded [1] 30/4
CRR [2] 1/23 37/17
CSAM [1] 13/25
currently [1] 31/18
custodial [1] 19/14
custody [4] 16/5 32/14 33/2 34/3

D
dangerous [1] 20/14
date [2] 37/8 37/20
daughter [8] 16/13 21/10 21/17 21/18 21/19 21/19 21/25 26/10
daughter's [2] 21/21 26/2
day [6] 6/17 16/14 19/12 21/13 24/24 25/8
days [3] 33/12 36/5 37/3
de [1] 14/10
decided [1] 7/8
decision [5] 14/24 28/20 29/5 29/7 31/24
decision-makers [1] 29/7
decisions [1] 34/7
deeply [1] 25/23
defect [1] 35/11
defendant [19] 1/8 2/7 3/12 3/20 4/7 4/25 4/25 6/16 6/20 7/4 10/2 10/22 12/3 13/2 14/8 15/1 15/12 24/2 35/12
defendant's [4] 4/5 4/12 4/15 13/13
Defender [1] 2/8
defending [1] 29/7
defense [3] 9/17 11/8 16/10
degree [2] 29/19 31/10
deliberation [12] 3/23 5/15 6/10 6/13 7/11 7/20 7/23 9/20 10/15 11/2 12/20 12/25
demonstrate [1] 34/24
demonstrated [1] 32/22
deny [1] 14/16
depart [2] 22/13 24/10
desire [2] 36/13 36/17
detail [5] 9/25 10/3 10/18 13/16 14/11
details [3] 10/13 10/15 11/21
determine [1] 34/18
determined [2] 35/17 37/6
deterrent [2] 30/18 30/23
detrimental [1] 28/21
dialogue [1] 10/14
did [10] 7/14 8/15 8/22 10/2 10/2 14/17 18/5 20/10 23/2 28/22
didn't [5] 9/9 9/15 10/25 28/18 30/7
difference [1] 14/23
different [5] 18/13 22/14 23/4 33/5 33/6
difficulty [1] 32/22
dilute [1] 34/23
directed [2] 28/15 33/16
direction [1] 25/1
disagree [3] 9/17 29/24 29/25
disagreed [1] 11/3
disagreement [4] 3/17 4/9 4/17 4/19
discovered [1] 28/14
discretion [1] 31/21
discuss [4] 11/22 33/22 36/12 36/17
discussed [2] 11/18 24/13
discussion [3] 13/8 13/12 14/14
dismiss [1] 29/3
disqualification [1] 10/16
disqualified [1] 31/14
disregard [1] 24/10
distinction [1] 12/17
district [11] 1/1 1/1 1/13 3/6 10/24 32/19 32/19 33/3 33/20 37/18 37/19
division [2] 1/2 3/5
DNA [1] 33/16
do [43]
doctor's [1] 21/12
does [13] 4/24 4/24 4/25 13/9 13/15 15/23 16/8 16/10 17/5 19/9 25/17 31/6 36/19
doesn't [7] 13/17 21/1 24/25 27/17 29/15 30/21 35/23
doing [7] 7/12 8/19 11/4 15/23 16/19 25/24 29/13
DOJ [2] 29/3 29/4
don't [23] 7/25 8/9 8/15

D
don't... [20] 9/3 11/14 12/12 13/23 15/4 18/22 20/12 20/15 22/1 22/5 22/25 24/18 25/19 25/25 26/1 26/14 27/23 28/6 29/14 30/1
done [1] 25/24
door [1] 10/12
doubt [3] 28/24 30/21 31/3
downward [2] 22/13 24/14
downwardly [1] 24/10
drank [1] 34/23
draw [1] 12/17
dream [1] 26/14
Drive [1] 1/24
drug [11] 28/5 29/1 31/9 31/16 33/14 33/14 34/2 34/4 34/12 34/18 34/22
drugs [2] 31/11 35/6
due [1] 32/17
dug [1] 9/19
duration [1] 34/9
during [2] 9/2 11/6
duties [1] 23/8

E
earlier [2] 28/2 34/17
earning [1] 32/23
easy [1] 5/23
economic [1] 32/23
educated [1] 9/5
educational [1] 24/23
effect [2] 28/2 29/20
effort [1] 35/3
efforts [1] 22/17
either [2] 4/3 4/14
El [1] 28/6
elected [2] 29/12 29/24
elements [1] 18/19
Eleventh [2] 9/23 10/1
else [2] 25/15 26/15
end [2] 11/24 32/10
ended [2] 7/7 17/19
enforceable [1] 35/18
enforced [1] 35/19
enforcement [4] 17/13 17/14 17/16 18/4
engage [1] 30/18
engaging [1] 13/24
enhancement [1] 12/19
enough [2] 6/17 30/23
enter [1] 7/13
entered [2] 3/12 36/5
entirely [1] 23/4
entitled [1] 37/16
environment [1] 31/5
especially [1] 9/24
espoused [1] 16/23
essentially [1] 17/15
Essi [4] 16/11 16/16 19/20 21/10
evacuated [1] 7/7
evaluation [2] 34/2 34/5
Evans [1] 11/2
even [5] 14/17 14/17 24/11 28/17 28/24
events [1] 12/10
every [2] 16/14 16/14
everyday [1] 11/8
everyone [1] 22/4
everything [2] 9/14 21/24
evidence [7] 7/4 9/10 9/20 13/5 17/23 23/2 23/5
evidenced [1] 15/24
evidencing [1] 3/23
ex [1] 18/10
example [4] 13/17 28/2 34/21 34/25
except [1] 3/17
excused [1] 34/13
expectation [1] 14/5
expediated [1] 6/11
expose [1] 10/15
extensively [1] 17/4
extent [4] 10/6 14/22 24/22 31/8
extreme [1] 16/7

F
F.3d [1] 6/15
fact [5] 9/21 10/1 11/19 16/8 23/5
factor [1] 23/11
factors [5] 11/23 12/11 12/12 15/16 32/9
failure [2] 3/20 35/4
fair [3] 8/4 11/1 11/21
fairly [1] 13/14
fall [1] 7/22
familiar [1] 16/18
family [4] 19/4 26/12 26/16 28/21
far [4] 19/13 21/22 25/10 31/14
father [2] 21/20 26/3
fear [2] 18/16 29/12
feathers [1] 16/21
February [2] 1/14 37/20
federal [17] 1/23 2/8 6/16 6/24 10/22 11/6 18/21 24/6 24/17 26/9 28/3 31/1 31/2 31/4 31/6 31/11 33/9
feel [2] 6/2 26/8
feet [1] 19/17
few [2] 7/12 24/23
fiance [1] 15/17
file [6] 35/15 36/3 36/6 36/13 36/15 36/16
filed [2] 36/10 36/14
financial [1] 19/22
find [1] 11/20
fine [3] 15/3 15/5 32/21
fingerprints [1] 7/5
fire [1] 30/4
first [18] 5/2 5/10 9/9 12/3 18/4 18/7 18/8 18/22 19/4 21/10 22/1 22/3 22/3 22/5 22/6 23/20 29/22 32/1
five [2] 22/23 27/12
Floyd [1] 25/6
folks [4] 6/1 16/19 16/21 16/21
follow [1] 34/5
force [1] 17/20
foregoing [1] 37/15
formative [1] 16/4
forth [1] 10/10
forum [2] 16/8 20/15
forward [1] 13/7
found [4] 7/4 21/9 21/23 35/14
four [9] 3/21 9/19 9/22 10/16 10/19 10/25 11/16 11/18 12/22
four-level [1] 10/16
four-minute [1] 9/22
fraud [2] 24/6 24/7
free [1] 27/18
friends [2] 8/6 8/7
fuel [1] 20/10
full [1] 19/20
full-time [1] 19/20
fundamental [1] 35/11
further [4] 7/10 11/23 22/10 32/16
future [2] 19/12 20/5

G
Garrett [10] 15/17 16/12 17/5 19/17 19/19 20/1 20/11 20/21 21/3 21/4
gave [2] 10/2 17/21
GED [1] 24/19
general [1] 29/22
generally [3] 35/12 35/17 36/4
GEORGIA [8] 1/1 1/24 3/6 23/14 23/15 32/20 33/20 37/19
Geraldine [2] 1/23 37/17
get [12] 5/25 8/18 11/24 19/16 20/4 22/24 24/21 26/12 26/12 26/13 31/10 35/6
gets [5] 6/24 13/18 23/14 23/15 27/10
getting [8] 8/4 16/19 16/21 17/19 23/5 23/9 25/11 30/5
girlfriend [2] 18/9 18/10
girlfriend's [1] 24/16
give [10] 3/14 10/15 10/25 14/21 16/15 17/1 17/25 24/25 26/19 28/2
giving [1] 32/3
glad [2] 15/6 15/9
Glover [2] 1/23 37/17
go [15] 5/2 6/8 7/3 8/2 16/10 16/16 17/20 18/14 21/6 23/25 26/9 26/12 30/3 30/19 34/10
goaded [1] 10/6
goes [5] 13/14 17/6 21/22 22/6 30/16
going [20] 9/3 9/4 10/12 10/14 11/19 11/20 11/25 13/13 13/22 14/16 16/18 19/21 20/18 26/22 28/20 28/21 28/22 30/19 30/25 32/9
good [6] 3/2 16/24 17/1 26/3 32/9 37/2
gosh [1] 29/4
got [7] 12/22 22/13 24/19 27/2 30/13 30/13 37/3
government [9] 3/10 4/5 4/24 6/3 9/15 14/3 24/7 31/6 36/19
Government's [3] 4/14 10/25 15/10
grandparents [1] 17/12
grant [1] 10/6
granular [1] 22/19
great [3] 21/24 30/12 31/3
greater [1] 23/10
group [2] 14/5 14/11
groups [1] 8/6
grown [1] 17/10
Guatemala [1] 28/6
guess [5] 5/8 8/20 9/5 15/14 26/22
guideline [15] 3/19 3/21 4/1 4/13 4/23 12/13 14/19 14/21 15/3 25/10 30/9 32/1 32/3 32/4 32/10
guidelines [7] 3/15 4/11 4/17 19/3 19/24 22/14 23/4
guilty [4] 3/13 35/9 35/12 35/25
guns [1] 11/19
guy [1] 29/5
gymnastics [1] 13/21

H
had [26] 8/10 8/12 9/19 11/5 11/6 13/5 13/5 13/7 13/20 14/18 16/4 18/18 18/21 19/13 22/4 24/2 24/12 27/4 27/5 27/13 27/22 28/3 28/4 28/9 28/12 29/1
handle [2] 9/6 9/7
happen [3] 29/15 29/16 36/6
happened [4] 11/12 11/17 17/24 32/7
happening [1] 11/10
hard [1] 14/2
harm [6] 20/19 22/25 27/18 27/18 27/25 29/18
harmed [1] 29/13
has [32] 3/20 5/21 5/22 6/7 6/10 9/13 15/4 15/23 16/4 17/6 17/10 18/17 19/7 19/18 19/20 19/21 19/25 20/1 21/23 24/11 24/19 24/24 29/4 30/15 32/6 32/7 34/22 35/8 35/12 36/1 36/10 36/20
have [48]
having [10] 3/25 8/21 16/5 17/12 20/8 23/1 23/1 26/9 27/13 32/8
he [110]
He'd [1] 22/14
he'll [2] 36/10 36/10
he's [12] 8/19 8/19 15/25 19/25 20/6 21/18 22/2 22/4 23/5 24/17 25/3 25/3
head [1] 24/25
heading [1] 24/15
hear [7] 15/6 15/10 15/10 21/7 23/12 23/14 25/21
hearing [3] 1/12 3/4 3/11
heed [1] 30/22
help [2] 20/1 26/12
helps [1] 24/21
her [13] 15/18 15/22 16/13 19/20 20/25 21/13 21/14 22/2 22/2 22/3 22/6 26/11 29/12
here [16] 3/9 3/10 4/11 5/19 9/2 10/3 11/22 17/13 17/24 18/18 18/20 20/22 23/10 23/22 25/5 36/18
high [3] 14/3 28/12 30/16
higher [1] 28/25
highly [3] 22/19 22/19 30/21
him [14] 7/6 13/8 16/15 17/17 17/22 19/2 19/15 21/13 21/16 21/17 25/12 25/13 27/21 28/4
himself [1] 25/13
his [48]
history [5] 4/12 15/23 15/24 20/6 30/15
hit [1] 28/4
home [7] 16/13 16/14 16/15 17/5 17/6 21/14 24/16
Honestly [1] 27/11
Honor [23] 4/18 5/4 5/7 5/16 6/14 12/16 15/14 15/20 16/9 16/11 16/23

H
Honor... [12] 17/10 19/6 19/11 20/3 20/20 20/22 22/10 22/20 23/3 25/16 36/21 36/24
Honorable [1] 1/13
hooked [1] 17/15
hope [2] 24/14 37/5
hopeful [1] 24/17
horse [1] 25/25
Horton [3] 6/14 10/20 11/15
Horton's [1] 7/5
hour [1] 16/14
hours [1] 33/1
house [3] 19/20 21/15 26/12
housekeeping [1] 15/15
how [16] 4/10 7/24 9/25 9/25 10/5 12/22 13/16 16/6 16/7 16/22 21/20 24/18 26/21 27/1 34/10 34/10
However [2] 9/23 10/21
Huddle [1] 19/19
hurt [1] 30/5

I
I'd [2] 11/22 15/9
I'll [5] 10/12 15/6 15/10 15/11 28/2
I'm [20] 6/5 7/25 8/4 8/12 9/2 9/3 9/4 9/4 14/8 14/21 15/15 17/24 23/11 24/17 26/7 26/7 26/22 29/7 29/8 31/2
I've [7] 4/17 10/4 16/22 17/4 19/15 21/8 23/18
ideas [2] 17/1 18/22
ideations [1] 12/8
identified [1] 7/24
identify [1] 9/7
II [1] 1/13
ill [1] 24/9
Illinois [1] 6/20
imagine [1] 14/2
immediately [2] 13/14 32/18
immense [1] 28/1
important [4] 21/20 22/2 26/11 36/2
imposed [4] 35/9 35/13 36/1 36/20
imprisoned [1] 32/14
incarceration [1] 32/22
incendiary [2] 16/7 18/14
incident [4] 3/22 18/4 20/12 24/13
inclined [1] 15/15
include [5] 3/21 13/15 31/22 33/8 34/1
increase [1] 3/24
indicated [2] 15/20 29/18
indicates [1] 12/2
indication [3] 8/9 8/12 20/17
individual [3] 6/3 13/18 14/2
individuals [2] 8/6 33/19
informed [1] 9/5
insinuated [1] 6/23
instance [2] 5/14 22/13
instructs [1] 33/5
intelligence [1] 23/13
intended [4] 13/19 22/25 23/6 29/18
intending [1] 23/25
intends [1] 13/16
intensity [1] 34/10
intent [2] 16/24 36/16
intention [1] 36/17
intentions [1] 18/13
interest [1] 15/8
interesting [1] 8/2
Interestingly [1] 6/17
internet [7] 5/21 5/22 6/8 8/7 13/24 16/20 17/6
interruption [1] 37/8
interviews [1] 23/1
involuntary [1] 35/10
involve [2] 18/5 19/14
involved [9] 5/13 5/16 7/10 13/18 13/22 17/21 18/7 18/9 18/9
involves [1] 6/9
involving [3] 5/20 7/19 24/3
is [103]
isn't [2] 12/2 29/9
issue [2] 12/13 20/11
issues [5] 11/22 17/12 18/22 20/8 31/9
it [67]
it's [17] 4/13 6/15 9/24 10/9 11/17 12/8 13/17 14/2 14/10 15/25 16/20 18/18 21/25 23/14 27/9 36/9 36/14
itself [4] 8/22 12/19 12/21 18/20

J
January [1] 23/22
January 5th [1] 23/22
JAUAN [3] 1/7 3/7 21/8
JJ [2] 9/7 9/8
job [5] 19/20 24/20 26/12 29/12 29/13
joined [2] 7/16 19/7
joining [1] 5/18
Joseph [1] 2/8
judge [15] 1/13 8/25 10/24 11/2 11/14 18/2 19/15 22/12 27/10 28/3 28/10 28/14 28/17 28/18 31/4
judgment [2] 32/13 36/5
just [35] 3/14 7/15 8/6 11/7 12/17 12/23 13/18 14/22 15/14 16/6 16/7 16/20 17/2 17/5 18/25 21/2 21/19 21/24 25/19 25/20 25/22 25/23 26/6 26/6 26/7 26/10 26/13 26/14 26/15 26/17 26/19 27/8 27/15 30/3 31/11

K
Kennedy [1] 27/24
kill [2] 10/12 27/10
killed [2] 27/23 27/24
kind [5] 11/7 16/21 20/18 30/19 31/9
knew [4] 24/2 28/8 28/17 28/18
know [52]
knowing [1] 13/22
known [2] 21/16 33/22
known to [1] 33/22
knows [1] 21/20

L
laid [1] 10/4
landing [1] 25/5
last [1] 26/5
lasts [1] 34/10
later [2] 28/25 36/7
laughing [1] 17/16
law [8] 9/20 9/24 17/13 17/14 17/16 18/4 18/24 30/3
lawsuit [1] 17/15
lawyer [2] 32/5 33/22
lead [2] 12/20 30/5
lead-up [1] 12/20
leaders [1] 29/24
learned [1] 30/3
learning [1] 24/20
least [4] 13/21 27/20 33/13 33/14
leaves [2] 4/3 15/1
left [1] 21/15
legal [1] 23/18
length [1] 14/13
less [2] 6/9 14/4
let [5] 14/17 15/11 17/20 19/6 27/8
let's [1] 4/22
letters [2] 6/4 6/8
level [10] 3/18 3/24 4/4 4/8 4/10 10/16 10/17 14/11 22/15 28/12
levels [1] 3/21
life [10] 16/1 16/3 21/21 26/2 26/6 26/7 26/11 30/13 32/8 37/8
lifetime [1] 27/22
like [20] 7/20 8/7 11/22 13/9 13/25 20/20 21/16 22/5 24/14 24/20 25/23 25/25 26/1 26/5 27/2 28/6 29/14 31/12 34/21 35/16
limit [1] 27/12
limited [1] 35/14
literally [1] 17/3
little [17] 3/23 5/15 5/21 5/24 7/19 7/22 8/5 8/25 9/20 16/19 18/19 24/15 25/2 25/7 25/9 26/22 26/24
live [6] 5/18 7/13 9/22 10/7 23/17 26/13
living [1] 24/16
local [1] 33/9
location [3] 13/3 13/9 34/9
loitering [1] 6/21
long [6] 11/19 26/21 27/1 31/4 31/25 34/10
longer [1] 11/16
look [7] 6/4 10/20 13/9 14/20 22/18 24/8 24/22
looked [3] 9/18 9/23 10/1
looking [5] 7/18 12/19 19/16 19/16 22/21
looks [3] 6/25 7/1 22/16
lose [1] 36/14
lot [12] 10/3 11/4 11/15 13/15 16/6 17/11 20/5 25/4 30/7 30/13 30/13 34/23
lots [1] 24/19
lower [2] 22/15 32/10
luck [1] 37/3

M
ma'am [2] 21/7 22/8
mad [1] 13/18
made [16] 5/22 5/22 6/22 7/15 7/16 10/3 14/14 23/13 25/10 27/20 28/13 29/5 29/16 29/22 30/25 32/5
mail [1] 6/8
major [1] 3/17
make [21] 3/7 5/2 7/13 12/15 14/3 14/23 15/12 15/19 16/24 17/1 25/17 28/20 30/20 30/22 31/24 34/7 35/24 36/4 36/12 36/16 36/24
makers [1] 29/7
makes [4] 7/2 12/3 13/15 14/9
making [12] 6/16 6/23 7/21 7/22 8/19 10/23 12/18 12/23 13/4 13/14 18/20 18/25
man [3] 21/18 26/4 26/14
mandatory [2] 33/8 34/17
many [2] 5/23 9/25
March [3] 18/7 23/23 23/23
March 24th [1] 23/23
March 9th [1] 23/23
Marshals [2] 7/1 7/1
material [1] 13/25
matter [1] 37/16
maturity [1] 32/7
may [7] 5/5 14/19 23/24 24/20 27/3 34/4 36/8
May 1st [1] 27/3
maybe [5] 14/21 18/21 24/5 24/14 25/9
mayor's [1] 6/23
me [25] 3/14 9/11 10/18 11/1 13/4 13/12 13/17 14/2 14/6 14/17 20/6 20/9 21/6 21/6 21/22 23/14 23/24 24/5 25/16 26/12 26/19 27/8 28/12 28/18 36/8
mean [10] 7/25 12/4 13/4 13/10 26/6 27/9 27/15 27/17 27/18 30/21
means [2] 20/4 31/7
mechanical [1] 1/19
member [1] 28/25
members [1] 19/4
memo [1] 17/14
memorandum [1] 10/4
mental [1] 13/21
messages [1] 6/9
messed [2] 25/4 25/23
methods [1] 34/21
Mexican [2] 28/4 28/6
mic [1] 25/19
microphone [2] 20/23 25/20
might [6] 14/23 23/25 28/5 30/22 35/24 36/14
mind [3] 10/18 20/12 28/24
minimis [1] 14/10
minor [1] 24/12
minus [3] 9/18 10/19 10/25
minute [2] 9/22 16/14
minutes [10] 7/4 7/17 10/22 11/1 11/6 11/10 11/15 11/16 11/18 12/22
miss [5] 16/4 22/1 22/4 22/5 37/4
missed [4] 21/11 21/12 22/2 26/2
moderator [2] 9/2 9/5
mom [1] 32/5
months [7] 4/15 4/15 15/2 19/12 24/24 27/23 32/15
more [12] 5/21 7/12 8/5 10/15 11/9 11/23 12/11 22/5 24/5 24/23

M
more... [2] 26/22 31/6
morning [1] 3/2
most [4] 3/16 16/2 26/10 27/16
motels [1] 25/5
mother [4] 15/22 18/5 18/9 19/3
mother' [1] 19/8
motivated [1] 8/14
moved [1] 29/3
Mr [3] 5/2 8/10 16/25
Mr. [45]
Mr. Blum [14] 3/9 4/16 5/1 12/15 13/11 15/6 22/11 25/15 29/22 30/7 36/9 36/12 36/17 36/22
Mr. Horton's [1] 7/5
Mr. Pearce [4] 3/9 4/20 18/19 30/25
Mr. Porter [23] 3/9 5/17 7/11 9/8 9/12 12/18 15/21 16/3 16/12 17/4 17/10 17/20 17/21 19/6 19/11 20/2 20/3 24/11 24/21 25/12 26/21 32/12 37/2
Mr. Porter's [3] 7/20 19/21 20/5
Ms. [8] 15/17 16/12 17/5 19/17 19/19 20/1 20/11 20/21
Ms. Garrett [8] 15/17 16/12 17/5 19/17 19/19 20/1 20/11 20/21
much [7] 5/22 9/25 10/18 14/3 16/14 24/25 26/2
mulled [1] 10/22
multiple [1] 27/4
Murrah [1] 6/18
must [10] 33/9 33/10 33/10 33/15 34/1 34/5 34/10 34/11 34/18 34/20
mutiny [1] 24/4
my [22] 5/16 8/3 8/5 8/25 9/5 10/4 10/8 10/18 14/18 23/12 23/14 23/15 26/2 26/6 26/7 26/10 26/12 26/16 27/22 28/21 28/24 29/6
myself [2] 26/15 28/21

N
naive [1] 31/11
name [2] 6/6 21/2
nature [1] 10/7
necessarily [2] 13/3 13/13
need [4] 24/23 29/11 30/17 33/23
needs [3] 20/4 25/2 25/7
net [1] 4/9
never [4] 21/11 21/11 21/15 27/12
no [18] 3/23 5/15 7/20 7/22 8/12 9/20 11/14 13/4 13/19 16/24 20/17 21/1 22/5 25/8 29/17 35/2 36/21 37/7
none [2] 5/10 28/7
nonetheless [3] 16/11 16/23 35/20
nonviolent [1] 24/7
normal [2] 23/11 27/9
normally [1] 28/22
NORTHERN [5] 1/1 3/6 32/19 33/20 37/19
not [54]
note [2] 12/2 18/18
noted [1] 11/9
notes [1] 13/6
nothing [4] 9/13 11/6 22/10 26/1
notice [1] 36/3
noticed [2] 6/21 9/21
November [1] 23/22
November 1st [1] 23/22
now [7] 6/11 8/9 11/3 15/22 19/4 19/17 25/3
number [6] 1/6 3/4 3/5 7/1 11/21 14/14
Number 25 [1] 3/4
Number 35 [1] 3/5

O
objected [1] 3/20
objection [6] 14/9 14/16 14/25 36/19 36/23 36/25
obstruct [5] 34/20 34/20 35/1 35/4 35/4
obvious [1] 10/9
obviously [2] 36/15 37/3
occurred [1] 30/10
occurring [1] 14/6
off [4] 7/3 13/19 13/20 36/8
offender [4] 22/15 22/22 22/22 24/6
offense [12] 3/18 4/3 4/10 5/13 12/8 14/20 22/18 22/22 22/23 24/7 27/12 27/14
offenses [3] 24/3 24/12 25/4
office [5] 2/5 6/23 23/12 33/3 33/6
officer [5] 20/7 33/5 33/17 34/7 34/13
officers [1] 17/20
official [4] 1/23 3/25 14/3 37/18
often [1] 34/10
oh [1] 8/1
Okay [3] 12/14 27/4 27/8
Oklahoma [2] 6/18 6/19
old [1] 27/23
once [3] 23/19 29/11 30/20
one [17] 3/17 4/17 6/22 8/2 9/17 11/15 16/12 16/16 17/19 18/4 18/7 18/7 18/8 19/4 21/13 22/15 35/16
online [2] 16/17 18/14
only [4] 4/19 21/10 21/25 26/3
opportunity [1] 31/9
order [1] 31/21
ordered [3] 32/16 33/15 34/22
other [8] 5/10 5/25 7/24 12/10 13/24 24/1 30/10 33/9
others [3] 6/11 30/18 30/22
otherwise [1] 15/7
our [8] 3/11 5/16 6/12 21/9 21/23 29/11 29/24 33/21
out [16] 8/18 10/4 13/6 13/16 20/1 20/4 21/9 21/23 23/6 23/9 23/24 26/12 27/3 29/14 29/15 30/19
outlet [1] 17/7
outside [2] 11/5 15/17
Oval [1] 23/12
over [2] 26/24 32/4
over-guideline [1] 32/4
overseas [1] 29/2

P
paid [1] 32/18
Paragraph [1] 35/14
Paragraph 10 [1] 35/14
part [8] 5/10 10/13 16/4 22/16 23/7 24/20 34/11 36/18
participate [6] 31/17 31/17 34/1 34/3 34/8 34/11
participating [2] 14/12 31/15
particular [2] 4/11 28/20
parties [3] 3/16 3/24 5/8
partisan [1] 8/20
parts [1] 22/2
party [1] 29/15
past [1] 20/10
path [1] 24/21
pause [1] 26/20
pay [6] 6/25 7/6 32/16 32/23 34/11 34/13
Pearce [5] 2/5 3/9 4/20 18/19 30/25
Pence [1] 23/20
people [7] 5/24 8/1 12/3 13/23 23/9 30/5 34/22
percent [1] 21/24
perhaps [2] 8/6 32/4
period [4] 7/17 28/7 28/16 32/25
periodic [1] 33/14
person [6] 27/16 28/13 29/11 29/14 33/3 36/7
person's [1] 29/15
personal [1] 14/18
phone [4] 6/25 7/1 7/5 7/6
picked [1] 17/14
place [10] 6/20 22/20 22/24 23/4 23/16 23/24 24/15 25/9 31/3 32/25
placed [1] 28/4
Plaintiff [2] 1/5 2/4
planned [1] 14/7
plausible [1] 23/24
plea [6] 3/13 35/10 35/12 35/14 35/19 35/25
please [3] 3/3 20/23 26/19
plus [1] 23/3
point [12] 9/12 9/13 12/23 14/20 17/10 18/10 20/2 22/20 28/25 29/6 29/19 32/6
point as [1] 17/10
point is [1] 29/6
point on [2] 9/12 9/13
point that [1] 32/6
point to [1] 12/23
point where [1] 28/25
political [6] 8/10 8/13 8/19 25/25 29/8 29/9
politically [2] 8/8 8/14
pop [1] 13/19
pops [2] 13/19 13/19
PORTER [27] 1/7 3/7 3/9 5/17 7/11 8/10 9/8 9/12 12/18 15/21 16/3 16/12 16/25 17/4 17/10 17/20 17/21 19/6 19/11 20/2 20/3 24/11 24/21 25/12 26/21 32/12 37/2
Porter's [3] 7/20 19/21 20/5
position [3] 27/25 29/10 37/7
positive [1] 35/5
possess [1] 33/10
possession [1] 16/25
possible [1] 18/22
Post [1] 6/8
potential [1] 32/24
power [3] 17/22 28/1 29/15
pranking [1] 16/21
pre [1] 6/8
pre-internet [1] 6/8
preexisting [1] 29/3
pregnant [2] 21/9 21/23
preplanned [1] 13/6
present [2] 18/5 35/21
presentence [1] 15/20
preserve [1] 36/25
presidency [1] 29/10
President [17] 4/1 14/4 14/13 23/1 23/8 23/9 23/20 27/11 27/15 27/18 27/19 27/19 27/24 29/8 29/9 29/11 30/20
presidents [1] 27/22
presumably [1] 6/7
pretty [4] 9/22 10/18 16/14 24/13
previous [2] 16/9 18/2
previously [3] 3/12 12/4 19/19
prison [17] 24/4 24/17 24/18 26/5 26/9 26/22 28/13 29/1 31/2 31/2 31/4 31/5 31/10 31/11 31/12 31/16 33/13
Prisons [4] 31/18 31/23 32/14 33/2
pro [1] 10/9
pro-Trump [1] 10/9
probably [5] 5/17 9/19 27/16 32/3 36/7
probation [15] 3/15 3/18 4/14 10/24 15/4 20/7 21/11 23/3 33/3 33/4 33/5 33/16 33/22 34/7 34/13
probation's [2] 3/20 4/4
problem [1] 10/21
procedural [1] 36/25
proceedings [3] 1/19 35/11 37/16
procure [1] 6/4
produced [1] 1/19
program [12] 2/8 24/7 29/8 31/7 31/15 31/16 31/17 31/18 34/4 34/6 34/8 34/12
programs [5] 19/16 24/18 24/20 31/1 31/12
prohibited [1] 34/19
pronouncing [1] 3/8
protected [1] 27/16
protecting [1] 25/12
provides [1] 31/19
provision [2] 35/13 35/16
provocative [1] 8/17
PSR [2] 8/8 12/2
PSR states [1] 8/8
public [1] 6/25
published [1] 33/21
pull [2] 25/19 25/20
pun [1] 13/19
punishable [1] 22/23
punishment [2] 20/2 30/23
purpose [5] 3/11 12/9

P
purpose... [3] 23/7 24/8 25/11
purposes [3] 13/3 13/10 24/9
pursuant [2] 3/21 32/12
put [4] 8/20 18/16 36/22 37/6
puts [1] 22/7
Q
qualify [1] 7/19
question [3] 5/14 12/22 13/11
questioned [1] 9/8
quick [2] 5/24 9/22
quicker [1] 5/22
quickly [1] 7/16
R
race [1] 25/25
raise [1] 21/19
raised [1] 17/11
raising [1] 16/13
rallies [2] 23/16 23/21
rally [3] 11/21 12/10 23/18
range [3] 4/13 15/1 15/3
ranking [2] 14/3 28/25
rare [1] 22/13
Ray [1] 1/13
RCR [2] 1/23 37/17
RDAP [2] 31/15 31/22
reaction [1] 8/18
read [2] 23/1 32/2
readily [1] 9/8
real [5] 14/10 22/6 28/8 28/24 29/6
realize [1] 31/11
realized [1] 9/24
really [15] 6/12 12/12 12/22 13/4 16/2 16/20 19/2 19/18 20/9 21/13 24/25 26/6 26/7 28/7 28/17
reason [3] 29/17 35/2 35/18
reasonableness [1] 37/1
reasons [1] 10/2
receive [1] 4/7
recent [1] 30/10
recently [1] 28/12
recess [2] 37/9 37/10
recidivism [1] 22/16
recidivist [1] 22/17
reckless [1] 20/13
recommendation [2] 10/25 31/22
recommended [2] 15/4 34/4
record [3] 14/22 36/23 37/16
recorded [2] 1/19 11/17
recording [1] 9/4
reduced [1] 31/20
reduction [6] 3/21 4/8 10/16 14/9 14/16 31/19
reference [2] 17/13 29/22
references [1] 5/20
Reform [1] 32/12
refrain [1] 33/11
regard [6] 30/11 30/24 35/25 35/25 36/13 37/4
regarding [2] 3/22 32/6
regards [1] 34/19
regret [1] 37/4
regulations [1] 34/6
rehabilitated [1] 25/12
relate [1] 12/12
related [3] 11/23 11/23 31/19
relationship [2] 21/22 21/23
relationships [1] 37/5
relative [4] 14/13 15/8 31/6 32/8
release [9] 15/2 33/1 33/2 33/7 33/8 33/13 33/20 34/1 34/2
released [3] 30/20 33/12 37/6
relevant [2] 12/9 12/11
remand [2] 7/8 11/13
remanding [2] 11/9 11/9
remember [3] 20/16 28/7 36/2
repeated [1] 10/5
repeatedly [1] 13/15
report [4] 9/3 15/20 33/3 33/5
reported [4] 3/15 3/18 9/1 20/11
Reporter [2] 1/23 37/18
Reporter's [1] 37/14
representing [2] 3/9 3/10
request [1] 14/9
require [1] 33/12
reside [1] 33/4
residential [1] 31/15
resolves [1] 14/25
respect [1] 9/16
respond [1] 15/11
response [3] 12/15 27/13 30/5
responsibility [3] 4/8 9/14 28/1
result [1] 28/20
resulted [1] 30/15
review [1] 3/14
revving [1] 17/18
ride [1] 23/19
ride-along [1] 23/19
right [23] 3/4 3/8 4/22 8/23 9/11 14/25 15/22 19/17 22/1 25/14 26/18 26/23 27/8 28/19 29/23 29/24 29/25 30/1 35/12 35/20 36/14 36/19 37/2
rights [1] 29/23
riled [1] 16/19
rise [1] 17/1
risk [3] 10/14 27/18 27/25
roadside [1] 25/5
rocky [2] 15/23 24/11
ROME [9] 1/2 3/5 15/25 17/11 17/13 23/14 23/15 23/21 23/23
room [2] 8/9 8/22
RPR [2] 1/23 37/17
ruffling [1] 16/21
rules [2] 33/21 34/5
runoffs [1] 23/23
Russell [3] 9/24 10/1 10/17
S
said [15] 8/21 9/10 11/1 11/3 11/8 13/7 16/7 16/25 17/2 18/12 20/14 20/15 20/17 26/1 30/6
Salvador [1] 28/6
same [6] 22/20 22/24 27/5 28/22 29/1 32/6
sampling [1] 34/23
saw [1] 7/6
say [14] 8/1 8/7 10/10 13/2 13/22 14/17 18/11 18/14 19/1 26/8 29/23 29/23 29/24 29/25
saying [8] 7/3 7/9 8/17 14/8 14/22 22/3 25/22 26/7
says [4] 9/2 9/10 10/10 13/20
scale [1] 34/15
school [2] 22/6 30/3
sealed [1] 10/18
seat [1] 3/2
second [9] 3/14 10/11 11/4 18/7 18/8 18/9 26/19 27/20 27/21
Secret [4] 9/1 9/9 23/12 23/19
Section [5] 3/19 3/22 4/1 4/23 5/9
see [1] 7/10
seemed [1] 9/22
seen [1] 21/13
sees [2] 9/6 18/24
Senate [1] 23/22
send [2] 6/5 9/4
sentence [20] 9/15 14/21 15/8 19/23 22/6 24/24 25/10 27/1 30/9 30/17 31/19 31/20 31/23 32/1 32/4 32/10 35/8 35/13 36/1 36/20
sentenced [2] 28/12 29/1
sentences [2] 27/4 27/6
sentencing [9] 1/12 3/12 4/23 10/4 12/12 15/1 17/13 27/12 32/12
separately [1] 11/24
separates [1] 6/12
September [2] 18/8 27/2
September 11th [1] 27/2
serious [3] 10/11 25/4 27/13
seriousness [3] 14/19 16/6 22/21
serve [2] 24/9 25/11
served [4] 19/13 24/25 25/8 27/5
Service [4] 9/2 9/9 23/12 23/19
Seventh [3] 10/20 11/2 11/3
several [3] 11/18 11/19 24/3
shall [1] 33/3
she [7] 16/15 19/21 20/22 20/24 21/1 22/5 22/6
shocked [1] 27/11
shoot [1] 27/21
short [1] 31/25
shot [2] 27/19 27/20
should [8] 4/18 20/22 20/25 28/23 32/16 32/18 35/19 35/20
shouldn't [3] 25/24 29/16 35/22
show [3] 34/22 35/2 35/4
showed [1] 23/2
shown [1] 9/13
siblings [1] 19/7
significant [3] 6/13 7/9 20/2
significantly [2] 6/9 7/12
similar [1] 34/16
simple [1] 26/14
simply [1] 29/6
since [5] 15/21 15/22 20/11 21/12 21/22
single [2] 5/14 9/20
sir [11] 5/6 8/23 13/1 25/14 25/15 26/18 27/7 31/25 35/8 36/2 36/23
site [2] 13/11 13/12
sitting [1] 23/12
situation [5] 5/25 7/18 8/8 15/5 17/3
situations [1] 18/11
six [3] 3/24 23/3 27/23
six-level [1] 3/24
skills [1] 24/20
sliding [1] 34/15
so [52]
society [1] 25/12
solicited [1] 28/10
some [38]
somebody [2] 11/5 23/13
someone [6] 6/7 6/10 7/20 24/2 24/5 29/1
someone's [1] 27/10
something [9] 8/20 13/6 13/20 16/18 17/19 18/12 18/12 20/8 20/9
sometimes [3] 10/5 16/15 34/21
somewhere [1] 28/6
soon [1] 36/9
sorry [1] 8/12
sort [13] 8/10 8/19 12/17 12/18 12/20 12/24 16/20 17/7 17/9 17/16 17/17 21/12 24/1
sounds [2] 24/14 24/20
sowed [1] 28/24
speak [2] 5/25 15/15
speaking [1] 6/11
special [3] 32/17 33/25 34/16
specific [3] 13/16 22/18 22/19
speculating [1] 9/2
speculation [1] 11/4
spend [2] 20/3 30/7
split [2] 11/2 11/3
spoke [1] 20/7
spoken [2] 17/4 19/15
spotted [1] 10/20
spurious [1] 14/10
stamps [1] 6/4
stand [4] 20/24 23/24 25/19 37/9
standard [1] 33/18
standpoint [2] 22/21 31/7
stands [2] 6/2 19/4
start [4] 5/7 24/25 25/22 35/7
started [3] 9/7 17/12 36/11
starts [2] 7/21 13/14
state [7] 18/15 24/18 26/21 31/4 31/5 31/12 33/9
statement [4] 8/19 15/12 15/19 25/18
statements [8] 5/18 7/13 7/15 7/16 7/21 8/15 8/16 8/17
states [14] 1/1 1/4 1/13 2/5 3/7 4/1 8/8 14/4 14/13 27/11 27/16 32/17 32/19 37/18
stationery [1] 6/4
statute [5] 12/9 23/7 24/8 24/9 25/11
stay [2] 20/4 35/6
stayed [1] 21/14
staying [2] 16/13 24/16

## S

stays [1] 17/5
stenography [1] 1/19
steps [4] 7/9 7/12 9/25 22/3
still [2] 19/13 31/8
store [1] 17/6
stream [4] 7/13 9/22 10/7 23/17
stress [1] 16/2
stuck [1] 17/20
stuff [2] 22/3 22/7
styled [1] 3/6
Subdivisions [1] 5/11
submit [5] 7/21 11/11 11/14 23/10 34/18
submits [1] 7/11
Subsection [1] 5/11
subsections [1] 5/10
substance [4] 33/10 33/11 34/18 34/19
substances [2] 20/8 20/13
substantial [2] 4/13 31/19
substantive [1] 36/25
such [4] 14/20 30/23 34/7 35/3
suggest [1] 30/8
suggested [2] 4/17 14/19
suggesting [1] 31/2
suggests [2] 11/1 14/6
Suite [1] 1/24
supervised [6] 15/2 33/1 33/7 33/12 33/20 34/1
supervision [1] 33/18
support [5] 18/6 19/5 19/9 19/21 19/22
sure [5] 3/7 12/1 13/2 36/12 36/16
SW [1] 1/24
swear [1] 20/25
sworn [1] 21/1
sympathetic [2] 13/13 14/12
system [1] 19/9

## T

take [4] 5/21 7/12 10/14 20/18
taken [2] 6/7 37/10
taking [5] 5/24 10/20 19/17 19/20 22/2
talk [3] 4/22 11/25 17/9
talked [5] 16/6 18/18 20/6 20/9 23/1
talking [5] 5/7 12/6 12/9 30/8 34/17
talks [1] 23/17
tamper [2] 34/21 34/25
target [1] 28/8
taser [2] 17/16 17/18
taste [1] 17/22
tax [1] 24/6
Ted [1] 1/24
teens [1] 24/12
tell [3] 21/2 21/6 28/16
term [3] 15/2 32/15 33/1
terms [2] 5/8 19/2
terroristic [6] 12/4 16/9 18/2 18/15 19/1 24/4
test [10] 33/14 34/22 34/24 35/1 35/1 35/2 35/4 35/5 35/5 35/7
testing [3] 34/18 34/20 34/21
tests [1] 33/14
than [9] 6/10 7/12 11/16 18/13 23/10 24/5 26/22 30/10 31/5
Thank [9] 5/4 8/23 8/24 12/14 15/13 22/8 22/11 25/14 26/18
that [261]
that's [12] 6/15 7/2 7/11 8/2 8/18 10/7 10/14 13/10 17/7 23/13 31/5 36/16
theater [1] 30/4
their [2] 29/13 34/23
them [11] 8/1 8/6 10/13 15/10 25/4 29/25 30/1 30/2 30/14 31/3 33/23
themed [1] 8/8
themes [1] 8/1
themselves [2] 29/19 29/20
then [20] 5/18 6/8 6/22 6/24 7/13 9/6 9/10 10/10 14/18 14/19 15/2 15/10 15/11 15/11 22/18 24/1 33/14 35/21 35/24 36/14
there [36] 5/14 5/20 7/5 10/3 10/21 11/4 11/20 13/14 13/21 14/22 17/15 17/21 17/23 18/16 20/24 21/12 21/25 23/9 23/16 23/21 26/10 26/25 27/1 28/3 28/7 28/11 28/25 30/17 30/25 31/11 31/12 31/12 32/6 33/25 35/10 37/7
there's [18] 3/24 7/3 7/18 8/9 8/12 8/16 9/10 10/13 11/4 12/11 13/4 20/17 23/5 23/13 23/17 28/1 33/18 35/2
thereafter [1] 33/15
these [8] 6/9 15/15 16/4 16/23 18/13 24/10 25/10 35/11
they [13] 7/4 7/9 7/19 10/8 11/8 12/8 12/12 13/7 17/16 17/17 22/20 34/23 35/24
they'll [1] 10/10
they're [7] 11/23 12/11 22/19 22/19 29/5 29/13 33/21
thing [4] 14/1 20/14 26/3 36/2
things [12] 5/20 5/22 8/18 10/10 16/7 16/24 17/2 18/14 19/16 29/23 29/23 30/8
think [34] 4/25 5/9 5/13 6/6 6/11 7/5 8/3 8/11 8/15 8/15 8/21 10/17 12/8 12/11 14/10 14/11 17/11 17/21 17/23 18/18 18/22 18/23 20/9 20/12 20/13 23/11 24/8 25/2 25/7 25/11 30/1 30/19 31/20 35/18
this [61]
thorough [1] 11/9
those [16] 5/10 6/5 7/9 11/6 11/10 11/18 17/22 17/22 18/11 19/1 20/16 32/23 33/8 33/20 33/23 34/1
though [5] 4/9 8/7 9/17 15/4 36/2
thought [5] 9/19 28/11 28/17 28/18 28/19
threading [1] 12/21
threat [20] 6/16 6/22 6/24 7/2 10/3 10/23 12/23 13/16 14/3 18/12 18/24 23/6 23/14 23/24 28/1 28/8 28/9 28/13 30/20 30/23
threaten [1] 30/1
threatened [1] 27/10
threatening [3] 6/9 11/7 24/4
threats [16] 7/19 12/3 12/4 12/18 13/4 13/14 13/15 13/24 14/15 16/9 18/2 18/16 19/1 24/4 29/6 29/16
three [14] 4/8 7/17 9/21 11/16 11/18 12/21 15/3 19/7 21/8 26/24 26/25 27/1 27/5 33/1
three-level [1] 4/8
three-year [1] 27/5
through [2] 9/4 17/7
thus [1] 19/13
TikTok [16] 5/17 6/10 7/21 7/25 8/5 9/1 9/6 9/6 9/6 10/7 11/17 13/3 13/11 16/8 16/19 23/17
time [33] 5/21 6/3 6/7 12/3 12/18 15/19 15/23 18/10 19/13 19/14 19/20 19/24 19/25 20/3 22/1 22/5 23/20 24/17 24/24 25/8 26/5 26/6 27/5 27/19 27/20 27/21 28/7 28/11 28/13 28/16 30/7 31/4 36/5
timeframe [1] 33/6
timely [2] 36/13 36/14
times [4] 14/14 17/11 24/3 26/11
today [7] 3/11 5/19 17/8 17/24 18/6 36/8 36/18
together [2] 22/7 24/16
tomorrow [1] 36/8
too [1] 10/13
took [3] 6/3 6/20 26/6
topic [1] 8/22
total [1] 4/10
towards [1] 6/24
training [1] 24/23
trajectory [1] 24/14
transcript [3] 1/12 1/19 37/15
transmission [1] 13/25
trauma [1] 17/21
traumatic [1] 18/4
traveling [1] 29/2
treated [1] 22/15
treatment [6] 31/16 34/4 34/6 34/9 34/12 34/12
trolling [3] 8/17 16/20 26/2
trouble [2] 20/5 35/6
truck [1] 26/13
true [1] 18/24
Trump [5] 10/9 23/21 27/19 29/8 29/10
try [3] 8/18 9/15 22/1
trying [3] 17/24 26/7 34/25
turn [1] 29/14
turned [1] 21/23
Turner [1] 1/24
turning [1] 15/21
twice [1] 23/19
two [7] 11/15 15/22 16/8 18/2 19/1 22/13 33/14
type [1] 14/1
types [1] 11/19

## U

U.S [3] 6/14 6/25 7/1
ultimately [6] 6/22 7/2 19/9 19/15 20/14 29/3
under [11] 3/19 4/1 4/4 4/5 4/14 4/15 4/23 10/17 15/6 23/4 24/24
undermine [2] 16/5 17/25
underrepresent [1] 14/19
understand [4] 9/3 12/20 17/7 19/24
understanding [3] 8/4 9/1 10/8
UNITED [13] 1/1 1/4 1/13 2/5 3/6 4/1 14/4 14/13 27/11 27/16 32/17 32/19 37/18
unlawful [2] 33/11 35/10
unlawfully [1] 33/10
unless [3] 13/5 33/4 34/13
unnoticed [1] 16/10
until [2] 36/7 37/9
up [25] 4/7 6/4 6/25 7/1 7/7 12/20 15/3 16/19 17/10 17/14 17/15 17/18 17/19 20/2 20/22 22/23 23/20 25/4 25/20 25/23 31/20 31/23 34/22 35/2 35/4
upcoming [3] 11/21 12/10 23/18
upon [5] 32/22 33/12 34/2 34/5 34/12
upward [1] 32/3
urge [1] 22/12
us [9] 4/3 5/19 15/1 17/8 18/6 20/16 21/2 21/24 28/7
use [2] 11/19 33/11
used [1] 34/19
user [3] 9/6 9/7 9/9
using [2] 13/19 35/6
utmost [1] 9/13
uttering [1] 5/18

## V

valid [1] 34/24
values [1] 22/4
very [12] 5/23 5/24 5/24 7/16 11/16 12/16 17/22 18/13 20/13 20/14 24/11 27/13
Vice [1] 23/20
victim [3] 3/25 3/25 19/3
video [2] 9/1 17/17
view [3] 4/14 4/15 14/18
views [3] 13/13 14/12 29/8
violence [1] 30/14
violent [2] 20/18 25/4
visited [1] 31/3
vocational [1] 24/23
voters [2] 29/13 29/14

## W

wait [2] 10/11 11/3
waived [2] 9/14 35/11
waiver [2] 35/19 35/22
want [30] 3/7 3/14 5/2 5/7 8/2 12/15 12/17 12/23 15/9 16/2 17/9 17/25 19/6 20/3 20/16 21/6 22/1 22/5 26/3 26/10 26/11 26/11 26/13 26/13 26/14 26/14 26/17 36/4 36/15 36/22
wanted [2] 7/10 25/22
wants [5] 16/3 19/11

W
wants... [3] 21/19 21/24 21/25
warnings [1] 30/22
warrant [1] 29/3
warranted [2] 30/9 32/1
was [112]
wasted [1] 26/7
water [1] 34/23
way [7] 8/20 13/4 16/22 24/13 25/21 28/22 29/9
we [32] 5/8 5/9 5/13 7/21 11/5 11/8 11/12 11/16 13/5 17/8 19/12 19/23 20/3 20/15 20/25 21/9 21/9 23/20 27/17 28/17 28/17 28/17 29/11 29/23 29/24 29/24 29/25 29/25 29/25 30/1 30/3 36/24
We'd [1] 23/4
we'll [1] 11/24
we're [7] 5/12 7/18 11/9 11/9 11/25 12/24 19/23
we've [2] 16/6 27/22
website [1] 33/21
Wednesday [2] 36/7 36/9
weigh [1] 19/2
welcome [1] 22/9
well [17] 8/14 9/10 10/12 10/20 11/1 11/16 11/25 12/5 15/19 17/10 19/8 19/24 20/7 23/14 24/13 31/23 33/24
went [8] 6/22 12/21 13/3 13/9 21/14 26/5 27/2 27/3
were [19] 5/20 7/6 7/15 7/16 8/16 8/17 10/9 12/8 16/8 17/16 17/17 18/3 18/13 21/9 22/15 26/21 26/25 27/1 27/5
what [36] 5/8 6/6 6/12 8/15 10/2 10/4 10/11 11/4 11/10 11/12 11/17 12/6 12/19 13/22 13/23 16/2 16/19 17/5 17/9 17/24 18/13 18/24 19/11 21/6 24/21 24/24 25/24 28/19 29/25 30/5 34/8 36/12 36/15 36/16 36/17 37/4
what's [1] 32/7
whatever [1] 35/24
when [23] 9/8 9/18 9/23 10/5 10/12 12/24 16/15 17/15 19/9 19/11 20/7 21/9 21/13 24/8 25/10 26/5 27/23 28/1 29/2 29/23 32/1 36/10 37/5
where [22] 5/25 6/3 7/2 7/18 10/5 12/8 15/25 17/8 18/11 22/13 23/16 23/24 23/25 25/9 27/10 28/7 28/11 28/25 29/1 29/3 29/4 33/4
where he [1] 12/8
whether [5] 4/9 5/14 7/10 10/19 22/20
which [14] 4/4 12/18 14/6 15/1 19/12 19/23 21/10 29/20 30/16 31/15 32/17 35/15 36/6 36/15
while [7] 7/9 17/17 18/11 20/12 21/14 29/17 33/7
who [28] 3/12 6/7 6/10 7/20 8/5 10/4 13/7 15/17 15/21 16/12 18/5 19/3 24/2 24/5 27/25 28/3 28/8 28/9 28/14 28/17 28/18 29/1 30/18 33/19 33/22 34/8 34/13 36/7
who's [2] 13/18 22/23
whoever [2] 27/17 29/11
whole [1] 25/4
why [6] 10/2 10/2 13/10 29/20 35/22 35/23
wife [1] 8/5
will [26] 8/7 9/18 15/21 18/11 19/1 30/21 31/22 31/23 32/21 32/25 33/12 33/13 33/22 33/23 33/25 34/7 34/14 34/22 34/23 34/24 35/3 36/7 36/9 37/4 37/7 37/9
William [1] 1/13
wish [3] 25/17 36/3 37/2
wishes [1] 15/12
within [2] 33/1 33/6
without [6] 14/4 17/3 19/21 19/21 26/8 29/12
witness [1] 13/7
witnesses [2] 7/6 15/9
WMR [1] 1/6
won't [1] 36/6
wonder [1] 29/4
wondered [1] 29/4
word [1] 13/19
words [13] 7/25 16/23 18/20 18/20 18/25 20/15 20/15 20/16 20/17 22/3 29/18 29/19 29/20
work [4] 4/11 19/18 21/14 26/11
working [2] 16/12 19/19
world [2] 13/24 27/17
worry [1] 24/5
worse [2] 5/23 5/23
would [39]
write [1] 6/4
writing [2] 13/6 36/8
written [1] 36/5
Y
Y'all [1] 3/2
yeah [1] 8/1
year [8] 16/4 18/3 24/24 25/8 26/22 27/5 28/3 31/20
years [8] 15/3 21/9 22/23 26/24 26/25 27/1 27/12 33/1
yell [1] 30/4
yes [10] 4/18 5/6 8/11 8/21 13/1 15/14 20/23 21/5 27/7 36/24
you [136]
you'll [4] 33/7 33/13 34/8 37/6
you're [11] 5/25 9/10 10/11 10/14 12/6 22/9 22/21 30/19 30/20 32/13 33/7
you've [5] 22/13 30/13 30/13 34/19 37/3
young [2] 19/25 30/13
your [70]
yourself [2] 10/15 37/6